**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

|  |  |
|---|---|
| **NICHOLAS BARONE,** | **CIVIL ACTION** |
| *Plaintiff,* | |
| **v.** | **NO.  23-2821** |
| **TRACEY L. GORDON,** *et al.,* | |
| *Defendants.* | |

_____

## ORDER

     **AND NOW**, this 2nd day of July, 2024, upon consideration of Defendants' Partial Motion to Dismiss (Doc. No. 19) and Plaintiff's Response (Doc. No. 22), it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendants' Motion to Dismiss the claim under 42 U.S.C. § 1983 against the City of Philadelphia (Count II) is **DENIED**.

2. Defendants' Motion to Dismiss the common law claim of wrongful discharge (Count III) is **GRANTED** only as to Defendant Tracey L. Gordon.

3. Within **fourteen (14) days** from the date of this Order, Defendants shall file an Answer to the remaining portions of the Amended Complaint.

                    **BY THE COURT:**

                    */s/ Mitchell S. Goldberg*
                    **MITCHELL S. GOLDBERG,          J.**