# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS BARONE | : | CIVIL ACTON No. 2:23-cv-02821 |
| Plaintiff, | : | |
| vs. | : | |
| CITY OF PHILADELPHIA, ET AL. | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

## DEFENDANTS, CITY OF PHILADELPHIA AND TRACEY GORDON'S MOTION FOR SUMMARY JUDGMENT

Defendants, Tracey L. Gordon, and the City of Philadelphia ("Defendants"), by and through their undersigned counsel, Marshall Dennehey, P.C., respectfully move for Summary Judgment pursuant to Federal Rule of Civil Procedure 56(c), on the grounds that there is no evidence in this case upon which a jury could find in favor of Plaintiff on the claims against the Defendants, thereby, Defendants are entitled to judgment as a matter of law. In support thereof, Defendants submit the attached Memorandum of Law, which is incorporated here by reference.

Respectfully submitted,

**MARSHALL DENNEHEY, P.C.**

BY: _____
JOHN P. GONZALES, ESQ.
JAHLEE J. HATCHETT, ESQ.
Attorney ID No(s): 71265 / 313604
2000 Market Street, Suite 2300
Philadelphia, PA  19103
(215) 575-2871 Fax (215) 575-0856
Email:  jpgonzales@mdwcg.com  /
jjhatchett@mdwcg.com
*Attorneys for Defendants*

DATE:  April 7, 2025