# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| NICHOLAS BARONE | : | CIVIL ACTON No. 2:23-cv-02821 |
| --- | --- | --- |
| Plaintiff, | : | |
| vs. | : | |
| CITY OF PHILADELPHIA, ET AL. | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2025 upon consideration of Defendants, City of Philadelphia and Tracey L. Gordon's Motion for Summary Judgment, the Memorandum of Law in Support thereof, and any response(s) thereto, it is hereby **ORDERED** and **DECREED** that Defendants' Motion for Summary Judgment is **GRANTED**.

Judgment is hereby entered in favor of Defendants and against Plaintiff, and all claims asserted by Plaintiff against Defendants are hereby **DISMISSED WITH PREJUDICE.**

BY THE COURT:

_____
J.