# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS BARONE | : CIVIL ACTON No. 2:23-cv-02821 |
| Plaintiff, | : |
| vs. | : |
| CITY OF PHILADELPHIA, ET AL. | : JURY TRIAL DEMANDED |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, JAHLEE J. HATCHETT, ESQUIRE, do hereby certify that on the date listed below, I caused a true and correct copy of Defendants' Motion for Summary Judgment, Memorandum of Law and proposed Order were electronically filed with the Court, and is available for viewing and downloading from the ECF System.

Respectfully submitted,

**MARSHALL DENNEHEY, P.C.**

BY: _____
JOHN P. GONZALES, ESQ.
JAHLEE J. HATCHETT, ESQ.
Attorney ID No(s): 71265 / 313604
2000 Market Street, Suite 2300
Philadelphia, PA 19103
(215) 575-2871 Fax (215) 575-0856
Email: jpgonzales@mdwcg.com /
jjhatchett@mdwcg.com
*Attorneys for Defendants*

DATE: April 7, 2025