# EXHIBIT A



# REGISTER OF WILLS
## TERM REPORT
## 2020-2024
### THE HONORABLE TRACEY L. GORDON

**HELPING PHILADELPHIA PROTECT
THEIR GENERATIONAL WEALTH EVERY DAY.**

PHILA.GOV/WILLS
@PHLROW

DEFENSEB00459



# WELCOME
## Tracey L. Gordon
### MADAM REGISTER

It has been a pleasure to serve the City of Philadelphia as Register of Wills "ROW" and Clerk of Orphan's Court. As my leadership term ends, I'd like to express my heartfelt gratitude to the citizens of Philadelphia for giving me the title of Madam Register serving as the first black and woman in this position. I've worked diligently to exceed your expectations for rewarding me the title of "honorable" and fully intend to continue this economically, socially and spiritually redeeming mission. We've shared many accomplishments and have overcome major challenges all leading to a friendlier and engaging city department that represent the communities we serve. Our mission is to preserve generational wealth and posterity for all Philadelphians by assisting in the Planning, Preparation and Protection of their assets.

Within my first 100 days in office we created the Plan, Prepare, Protect tour to educate our citizen on proper legacy transfer of generational wealth. Our momentum kept building until the unprecedented COVID-19 pandemic was declared in March. Unabashedly, our teamwork made a nonessential office "essential" and by April 6th, 2020, we became the first county in Pennsylvania to resume business by introducing Virtual Services for emergency Marriage Licenses and Probates. Virtual Hearings and Virtual Community Seminars soon followed.

Outlined below is a comprehensive snapshot of those referenced attainments. It aims to provide insight into the challenges we've faced, the achievements we've celebrated, as well as the financial well-being we've maintained during the Unprecedented global COVID-19 shut down. While compiling this document, my team and I enjoyed reminiscing about the energy and enthusiasm of my early days in office. In my first month alone we:

• We established Community Outreach virtual offices for the first time in the Philadelphia. Previously the ROW office had no community outreach initiative to inform various constituencies of their paths to generational wealth. Included in our assiduous education was the knowledge and importance of creating a Will and the opportunities for family members to access their deceased relatives' assets. This outreach has included senior care centers, community development centers, community & corporate events, funeral directors, to name a few.

• We launched my flagship program - the Probate Deferment Initiative (PDI) - which was created to connect families with the resources needed to untangle titles.

• We advanced Tangled Title studies with the PEW Charitable Trust. Tangled Titles are where a deed is "titled" in the name of a deceased person. That study revealed 11,000-14,000 tangled titles located in Philadelphia amounting to approximately $1.2 Billion in generational wealth impacting primarily low and moderate income communities in Philadelphia.

• We advocated with Philadelphia City Council to secure $7.6 million of additional funding to amplify partnerships with legal aid agencies. These agencies included the Senior Law Center, Philadelphia VIP, and Community Legal Services.

The 'hits kept on coming', including an unprecedented record preservation and digitalization project, and hosting the Pennsylvania Register of Wills Association convention for the first time since 1964.

With gratitude and appreciation,

**Tracey L. Gordon**
Register of Wills
& Clerk of the Orphans' Court

*Tracey L. Gordon*

DEFENSEB00460



# TABLE
## Contents

PAGE

| | |
|---|---|
| 02 | LETTER FROM REGISTER |
| 04 | REGISTER OF WILLS OFFICE / ABOUT US |
| 05 | FIRST 100 DAYS |
| 06 | GOALS ACHIEVED |
| 07/08 | FINANCIAL REPORT |
| 10/11 | TIME-LINE 2020 • 2024 |
| 12/13 | TANGLED TITLES IN PHILLY + CRIME MAP |
| 14 | PROBATE DEFERMENT INITIATIVE |
| 15 | HISTORICAL ARCHIVES |
| 16 | MARRIAGE DEPARTMENT SUCCESS |
| 17 | AWARDS & OUTREACH |
| 18 | MEDIA COVERAGE |
| 19 | 8 COMPONENTS OF A HOLOGRAPHIC WILL |

City of Philadelphia
LIFE • LIBERTY • AND YOU™

REGISTER OF WILLS · PHILADELPHIA

DEFENSEB00461



# ABOUT US
## Who We Are

City of
**Philadelphia**
LIFE · LIBERTY · AND YOU™

*"The primary goal of the Philadelphia Register of Wills office is to provide quality customer service. Especially during the difficult time when you may be grieving the loss of a loved one."*

We are a state agency under the 1st Judicial District of Pennsylvania. Our mission is to preside over the protection of generational wealth.

Our staff of experts at the @PHLROW provide guidance and assistance through an array of city resources and services. In addition, our office administers critical functions pertaining to wills, estates, and guardianship.

## EXPERT STAFF



DEFENSEB00462

# THE FIRST 100 DAYS
## with COVID-19 Restrictions

During Register Gordon's first 100 days she proposed a series of goals to accomplish during her term in office, that would provide a new level of support from the Register of Wills to the citizens of Philadelphia. Her goals were as follows along with when they are achieved.



**PEOPLE DEVELOPMENT**

**TIME MANAGEMENT**

**IMPLEMENTATION**

| | |
|---|---|
| Explored office's ability to waive or reduce probate filing fees. | **February 21st 2020 with Philadelphia's nonprofit legal agencies.** |
| Created a plan for ongoing educational workshops throughout the city. | **February 29th 2020 started the Plan. Prepare. Protect education tour.** |
| Created a program to deal with the "Tangled Title" epidemic. | **June 6th 2020 the Probate Deferment Initiative Pilot Program begins.** |
| External Office Audit. | **February 2020** |
| Restructured the office for efficiency. | **May 2020** |
| Evaluated all current staff. | **February 2020** |
| Increased diversity in the Register of Wills Office & Orphans' Court. | **June 2020** |
| Conducted a competitive process and selected a vendor for website design. | **Worked with the city to create a web page that launched in February 2021.** |
| Began performance audits. | **February 2020** |
| Created performance evaluation. | **December 2020** |
| Established satellite offices. | **September 2023** |

DEFENSEB00463

# GOALS ACHIEVED
## Register Gordon

Register Gordon made it a focus to diversify the office during her term.
It was important to her to have the office reflect the citizens of Philadelphia.

## EMPLOYEE DIVERSITY, EQUITY AND INCLUSION



- Previous Administration   ● Current Administration

Register Gordon was the first Register of Wills to create an Outreach and Communications department so everyone can gain access to the Register of Wills office. Her firm belief in education along with the COVID-19 Pandemic was a driving force to assure everyone in the City of Philadelphia knew what the Register of Wills office does and share the resources to help everyone make a Will.

## OUR OUTREACH ASSISTANCE PROGRAM



**LEARN MORE BY:**
FOLLOW @ PHLROW on Social Media
Visit Website: phila.gov/wills
or Scan the QR Code.

DEFENSEB00464





# FINANCIAL REPORT
## 2020 - 2024

## REGISTER OF WILLS
## CITY OF PHILADELPHIA



DEFENSEB00465

# FINANCIAL REPORT
## 2020 - 2024

Under the leadership of the **Honorable Tracey L. Gordon**, the office became essential and stayed open throughout the Covid-19 Pandemic. ROW was the first in the Commonwealth to established virtual services in the Probate Department and issue marriage licenses to essential workers.

## BUDGET REPORTS **TABLE 1:** Budget Recovery from COVID-19 10% Cut

| EMPLOYEE COMPENSATION | FY 2020 | FY 2021 | FY 2022 | FY 2023 | FY 2024 P |
|---|---|---|---|---|---|
| PERSONAL SERVICES | 4,523,524 | 4,169,220 | 4,221,695 | 4,089,658 | 4,089,658 |
| EMPLOYEE BENEFITS | | | | | |
| PURCHASE OF SERVICES | 237,805 | 217,320 | 181,769 | 406,959 | 406,959 |
| MATERIALS & SUPPLIES | 33,773 | 45,420 | 70,298 | 86,379 | 86,379 |
| EQUIPMENT | 96,528 | 42,832 | 45,367 | 5,761 | 5,761 |
| CONTRIBUTIONS, ETC. | | | | | |
| PAYMENTS TO OTHER FUNDS | | | | | |
| **TOTALS** | 4,891,630 | 4,474,792 | 4,519,129 | 4,588,757 | 4,588,757 |
| | | | | | |
| MARRIAGE LICENSE | 390,724 | 396,399 | 471,588 | 571,421 | 517,421 |
| INHERITANCE TAX COMMISSIONS | 705,818 | 585,415 | 666,855 | 671,089 | 671,089 |
| RECORDING FEES | 1,963,773 | 2,642,853 | 3,149,640 | 3,278,197 | 3,278,197 |
| COURT COST | 702,973 | 822,971 | 943,617 | 970,854 | 970,854 |
| **TOTALS** | 3,763,288 | 4,447,638 | 5,231,700 | 5,437,561 | 5,437,561 |
| | | | | | |
| | (1,128,342) | (27,154) | 712,571 | 848,803 | 848,803 |



**TABLE 2:** Revenue Goal VS. Actual Revenue

DEFENSEB00466

# INHERITANCE TAX

**Inheritance Tax Percentage Increase: Current vs Previous Administration**
During Register Gordon's term the revenue sent to the state grew over 37%

| CURRENT YEAR | CY 20 | CY 21 | CY 22 | CY 23 P |
|---|---|---|---|---|
| AMOUNT | $ 65,888,632 | $ 90,432,990 | $ 107,526,654 | $ 107,526,654 |

## CURRENT ADMINISTRATION



| PREVIOUS YEAR | PY16 | PY 17 | PY 18 | PY 19 |
|---|---|---|---|---|
| AMOUNT | $ 72,152,191.00 | $ 74,744,497.00 | $ 68,779,060.00 | $ 78,374,854.88 |

## PREVIOUS ADMINISTRATION





DEFENSEB00467

# TIMELINE
## TRACEY L. GORDON REGISTER OF WILLS

**MAY 17, 2019**
**WINS**
**DEMOCRATIC**
**PRIMARY BY 44%**



**FEBRUARY 10, 2020**
REGISTER GORDON
PEW
CHARITABLE TRUST
CONDUCTS STUDY
TANGLED TITLE
CRISIS



**MARCH 16, 2020**
**CITY OFFICES CLOSE**
DUE TO
COVID-19 PANDEMIC
WE NEVER CLOSED

**JANUARY 6TH 2020 BEGINS TERM**

**JANUARY 21, 2020**
**REGISTER GORDON**
ESTABLISHES
FIRST COMMUNITY
OUTREACH DEPT.

**FEBRUARY 29, 2020**
**PLAN, PREPARE PROTECT TOUR**
BEGINS TO COLLECT
& EDUCATE THE
COMMUNITY PROTECTING
GENERATIONAL WEALTH



**NOVEMBER 2020**
REGISTER GORDON
CONTINUES THE
**PLAN, PREPARE PROTECT TOUR**

**DECEMBER 8, 2020**
REGISTER ISSUES A
PSA WITH PHILLY VIP
**TO PARTNER** WITH
HELPING FAMILIES WITH
**"TANGLED TITLES"**

**DECEMBER 21, 2020**
**REGISTER GORDON** HOSTS
AN INFORMATIVE MEETING
ABOUT THE PROBATE
DEFERMENT INITIATIVE
AT THE NAC NEIGHBORHOOD
ADVISORY COMMITTEE

**2020**

**DECEMBER 4, 2020**
**REGISTER GORDON**
CONNECTS WITH **THOMAS MITCHELL,**
MacARTHUR GENIUS AWARD WINNER,
TO DISCUS STEPS PHILADELPHIA HAS
TAKEN TO TACKLE **"TANGLED TITLES"**
AS WELL AS INCORPORATE SOME OF THE
IDEAS FROM PROFESSOR MITCHELL





**MAY 24, 2022**
**REGISTER GORDON**
RECEIVED THE
2022 LEGACY
**HARRIET TUBMAN AWARD**

**AUGUST 1, 2022**
**REGISTER GORDON**
WAS AWARDED A BUDGETARY
AWARD FOR MAKING ACCURATE
AND TIMELY DECISION
WITH FUNDING

**OCTOBER 20, 2022**
**REGISTER OF WILLS**
OFFICE HELD A
LEADERSHIP TRAINING
SESSION FOR
SUPERVISORS

**2022**

**JUNE 20, 2022**
**REGISTER GORDON**
PARTNERS WITH
DELI MUSIC CENTER TO
HOST COMMERCIALS
FOR THE PROBATE
DEFERMENT INITIATIVE PSA'S.

**SEPTEMBER 20, 2022**
**REGISTER GORDON**
ACCEPTED HER AWARD FOR
WOMEN WHO LEAD IN
EXCELLENCE CELEBRATION
AT THE MOVIE STUDIO GRILL.



DEFENSEB00468

## APRIL 6, 2020

**REGISTER GORDON** ANNOUNCES **NEW VIRTUAL SERVICES** FOR MARRIAGE LICENSES AND EMERGENCY PROBATE

## JUNE 6, 2020

**REGISTER GORDON** LAUNCHES HER SIGNATURE **PROBATE DEFERMENT INITIATIVE**



## OCTOBER 6, 2020

**REGISTER GORDON** ACCEPTS A COMMUNITY **SERVICE AWARD** IN SOUTH-WEST PHILADELPHIA **NATIONAL NIGHT OUT RALLY**

## JUNE 1, 2020

**REGISTER OF WILLS** REOPENS IN-PERSON SERVICES.

## OCTOBER 2020

**REGISTER GORDON** ATTENDS 10 **PLAN, PREPARE PROTECT EVENTS** WITH COUNCIL MEMBERS AND COMMUNITY

**ROOM 415 CITY HALL**



## JUNE 9TH 2021

**REGISTER GORDON REACTS** SERIES DEBUTS ON "YOUTUBE" AND SOCIAL MEDIA. THE FIRST EDUCATIONAL SERIES FROM THE REGISTER OF WILLS OFFICE



**2021**

## FEBRUARY 9, 2021

**REGISTER GORDON** IN COLLABORATION WITH MURAL ARTS PHILADELPHIA, UNVEIL THE MARRIAGE LICENCE BUREAU MURAL IN CITY HALL

## AUGUST 4, 2021

**THE PEW CHARITABLE TRUST COMPLETES THEIR STUDY** AND DETERMINES PHILADELPHIA HAS OVER **10,407** "TANGLED TITLES"



**2023**

## MAY 25, 2023

FY24 BUDGET IS PASSED. REGISTER GORDON IS AWARDED FUNDING TO PRESERVE ITS HISTORIC ARCHIVES

## AUGUST 15, 2023

**REGISTER GORDON** SHARED HER TESTIMONY ON THE IMPORTANCE OF DIGITIZING AND PROTECTING THE "HISTORICAL WILLS" AND ESTATE DOCUMENTS FROM AMERICA 250 PA.

## AUGUST 29, 2023

**KOFILE BEGINS THE PROCESS OF DIGITIZING AND PRESERVING THE ROW HISTORICAL DOCUMENTS**



## JULY 10•14, 2023

REGISTER GORDON HOSTED THE REGISTER OF WILLS SUMMER CONFERENCE IN PHILADELPHIA FOR THE FIRST TIME SINCE 1940

## AUGUST 20, 2023

REGISTER GORDON HOSTS **RADIO SHOW, WILL POWER,** ON CLASSIX 107.9 TO FURTHER EDUCATE THE PUBLIC ABOUT THE REGISTER OF WILLS OFFICE



DEFENSEB00469



# TANGLED TITLES
## What is a Tangled Title?

A tangled title is a property that hasn't been updated to reflect new ownership. Often this happens when:

- A property owner dies without leaving a "Will". In this case the official ownership of the property is unclear, and may be shared by all of the person's heirs.
- A property owner dies and leaves a "Will" that names a new owner, but the deed transfer isn't properly recorded.
- A "Fraudulent" deed is recorded.
- A "Rent-To-Own" agreement goes wrong



A "Tangled Title" will keep you from negotiating payment agreements with a bank, paying off back taxes, or qualifying for support like basic system repair grants.

READ THE FULL REPORT ABOUT TANGLED TITLES FROM PEW CHARITABLE TRUST (SCAN THE ABOVE CODE)

**Register Gordon was the first city officer to address the "Tangled Title" pandemic in Philadelphia. Additionally, she began her "Plan, Prepare, Protect Tour" during the COVID-19 Pandemic to Educate Philadelphians in the affected areas about the importance of having a "Will".**

Per the request of Register Gordon, PEW CHARITABLE TRUST has identified a geographical map of where the most crimes of "Tangled Titles" are in the City of Philadelphia.

**Outlined in "Red" on next page are the "Zip Codes" of the hardest hit "Crime Areas."**

DEFENSEB00470



# TANGLED TITLES
## & CRIME MAP

**Percentage tangled**

| | |
|---|---|
| Top 10% | 4.4% to 6.5% |
| 2nd | 3.5% to < 4.4% |
| 3rd | 2.5% to < 3.5% |
| 4th | 1.8% to < 2.5% |
| 5th | 1.4% to < 1.8% |
| 6th | 1.2% to < 1.4% |
| 7th | 1.0% to < 1.2% |
| 8th | 0.8% to < 1.0% |
| 9th | 0.4% to < 0.8% |
| Bottom 10% | 0.0% to < 0.4% |
| Nonresidential | |

At the request of Register Gordon, PEW CHARITABLE TRUST has identified a geographical map of where the most "Crimes" and "Tangled Titles" are in the City of Philadelphia.

Philadelphia has at least 10,407 "Tangled Titles". The hardest hit areas are predominantly "Black" households, while the least affected are "White" households.

Although the median assessed value of these homes - ($88,800) - is lower than the city-wide median of $134,300, the properties are still collectively worth over $1.1 billion, representing a significant amount of family wealth.

Most affected as shown on the above map are North, Upper North, West, and Southwest Philadelphia areas. These areas contain more then half of the city's "Tangled Titles".

DEFENSEB00471



# PROBATE DEFERMENT INITIATIVE (PDI)

## What is the PDI Program?

The Probate Deferment Initiative (PDI) connects low-and middle income residents with the resources they need to untangle their homes' titles. **This may include:**

- Referral to Free legal counsel.
- Deferment of probate fees by the Register of Wills.
- Waiver of deed recording fees by the Department of Records.
- PDI can help you get legal ownership of your home and avoid problems caused by a "Tangled Title". You can also create a Will a Will and protect your family's generational wealth.

**Contact Information:**

**Office:** 215.686.8278

**E-mail:** monique.w.jordan@phila.gov



MORE INFORMATION (SCAN THE ABOVE CODE)

### "THE AFFORDABLE HOME IS THE ONE YOUR FAMILY OWNS"

DEFENSEB00472



# HISTORICAL ARCHIVES
## Register of Wills Office (ROW)

During Register Gordon's' term in office she has made great strides to get the "Historical Archives" of the Register of Wills office digitized and preserved. She has been working with **Kofile Technologies**, a pioneer in Critical Records Management. Kofile has earned the trust of 3,000+ county, local and state governments to transform brittle, mouldy, and deteriorating records.

The Register of Wills office currently has records dating back to the 1600's . Some of these documents hold important genealogical information and are the only records available for family members. Without digitalization and preservation these records could be gone forever.

Probate Records of Philadelphia are not just legal documents; they are the testament to the lives and legacies of individuals who shaped this city's history. Preserving these records ensures that we honour the individuals who built our community and continue to learn from their experiences.



Access to knowledge is no longer limited by geographical constraints, anyone with an internet connection can explore the stories of Philadelphia's past residents, gaining insights into their lives aspirations, and contributions.

DEFENSEB00473



# MARRIAGE LICENSE
## NYT Feature & Partnership with Mural Arts

### DID YOU KNOW ?

During the Covid 19 pandemic, between April 2020 and June 2020 the Marriage Department of Philadelphia completed over 600 "Virtual Marriages". Our office was the first office in the Commonwealth to officiate "virtual" marriages.

**The New York Times**

Pennsylvania is one of the few states that couples can marry without an officiant. This is called Quaker License (self-Uniting)

The Register was featured in the New York Times Article written by:

**Tammy La Gorce** *Published April 9, 2020*

Scan to read the full article.



Register Gordon commissioned a "Marriage selfie mural" created by Mural Arts staff artist Nathaniel Lee from Mural Arts Philadelphia. The Installation features favorite "Philly Photo Spots" for newly-weds across the city, from the "Love Sculpture" to the iconic "William Penn Statue" top of city Hall. You can view the mural in room 415 in City Hall.



The City of Philadelphia Mural Arts Program is a public art project that works in partnership with communities, city agencies, schools and grass-roots philanthropic organizations. A nonprofit organization founded in 1986.

16

DEFENSEB00474

# AWARDS
## & Will Education Around the City

| **2023** | **2022** |
|---|---|
| **Fair Housing Award** | **Budget Award** **For consistently submitting budget documents on-time and accurately to enable well informed, and timely decisions.** |



| **2023** | **2022** |
|---|---|
| **Deborah Cutie-Castenada Award** for Affirmatory Furthering Fair Housing | **Bar Association Award** |



| **2023** | **2022** |
|---|---|
| **The Black Clergy of Philadelphia & Vicinity & The Philadelphia NAACP** "I Have A Dream" Life and Legacy Award | **Real Property Section Good Deed Award** |



| **2023** | **2022** |
|---|---|
| **Pennsylvania Women's Empowerment Initiative Empowerment Initiative Spirit Award** | **National Action Network Harriet Tubman Award** |



"You don't make a "Will" when you get old You make a "Will" when you get an Asset."

A main highlight of Register Gordon's term was beginning an "Outreach Department" to spread the word about the Register of Wills office around Philadelphia.



17

DEFENSEB00475

# REGISTER OF WILLS

**Featured in:**

*"An investment in Knowledge pays the best interest."*
Benjamin Franklin




Scan to listen to Podcast !









Scan to Watch YouTube now !

DEFENSEB00476



# THE BASICS OF A HOLOGRAPHIC WILL
## 8 COMPONENTS

**1** A handwritten document prepared by the decedent or someone at the decedent's request.

**2** Best to have the document dated but not mandatory.

**3** The decedent must be of sound mind and not be under any undue influence.

**4** Specify who the executor will be.

**5** The document should be clear as to who receives the estate.

**6** Must be signed at the very end of the document.

**7** Best to have 2 witnesses but not mandatory.

**8** Best to have a notary but not mandatory.

## WILL WISDOM
### Write your questions and notes here.

DEFENSEB00477



PHILA. GOV/WILLS

REGISTER OF WILLS
PHILADELPHIA

A First Impressions Design 2023

**HONORABLE TRACEY L. GORDON**
**REGISTER OF WILLS**
CITY HALL, ROOM 180
PHILADELPHIA, PA
PHONE : 215.686.6250
E-MAil: tracey.gordon@phila.gov

DEFENSEB00478