# EXHIBIT B

Nicholas Barone
November 18, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - -

NICHOLAS BARONE,       : CIVIL ACTION
          Plaintiff,
                       :
  vs.
                       :
TRACEY L. GORDON,
Individually, and      :
CITY OF PHILADELPHIA
          Defendant.  : NO. 2:23-CV-02821

- - -

          Philadelphia, Pennsylvania
             November 18, 2024

- - -

          Deposition of NICHOLAS BARONE,

held in the offices of MARSHALL DENNEHEY

WARNER COLEMAN & GOGGIN on the above date at

10:00 a.m., before Kimberly Cateon,

Professional Shorthand Reporter and Notary

Public.

U.S. LEGAL SUPPORT
1818 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
(877) 479-2484

Nicholas Barone
November 18, 2024

1   APPEARANCES:

2           SAVAGE LAW, LLC
            BY:  DANIEL J. SAVAGE, ESQUIRE
3           925 Harvest Drive
            Suite 300
4           Blue Bell, Pennsylvania 19422
            dsavage@savage-law.com
5           Counsel for Plaintiff

6           MARSHALL DENNEHEY WARNER COLEMAN &
            GOGGIN
7           BY:  JOHN P. GONZALES, ESQUIRE
            2000 Market Street, Suite 2300
8           Philadelphia, Pennsylvania 19103
            (215) 575-2871
9           jpgonzales@mdwcg.com
            Counsel for Defendants

10

11

12

13                      - - -

14

15

16

17

18

19

20

21

22

23

24

25

Nicholas Barone
November 18, 2024

```
 1                    I N D E X

 2                     - - -

 3   Testimony of:  NICHOLAS BARONE

 4     By Mr. Gonzales                    5, 96

 5     By Mr. Savage                      93

 6

 7

 8

 9                     - - -

10              E X H I B I T S

11                     - - -

12     EXHIBIT NUMBER  DESCRIPTION     PAGE MARKED

13     Exhibit 1      Letter, 1/7/22         88

14     Exhibit 2      Letter, 4/9/21         91

15

16

17

18

19                     - - -

20

21

22

23

24

25
```

Nicholas Barone
November 18, 2024

1                    LITIGATION SUPPORT INDEX

2                          -   -   -

3

        Direction To Witness Not To Answer
4                       (None)

5

6

        Request For Production Of Documents
7                       (None)

8

9

                    Stipulations
10              Page 5, Line 6

11

12              Questions Marked
                    (None)
13

14

15

16

17

18

19

20

21

22

23

24

25

Nicholas Barone
November 18, 2024

```
 1                    -  -  -

 2                    NICHOLAS BARONE, after

 3          having been first duly sworn, was

 4          examined and testified as follows:

 5                    -  -  -

 6                    MR. SAVAGE:  Before we

 7          begin, I just want to reserve the right

 8          to read and sign.  Thank you.

 9   EXAMINATION

10   By MR. GONZALES:

11      Q.    Mr. Barone, my name is John

12   Gonzales.  I represent the defendants in a

13   lawsuit that you filed against them.  And

14   we're here today to ask you questions under

15   oath regarding any information that you

16   might have that would be relevant to your

17   case.

18      A.    Okay.

19      Q.    Before I start asking questions,

20   however, I have a couple of instructions

21   for you.  The first is to give a verbal

22   response to my questions.  There is a court

23   reporter who is seated to your left.  She's

24   taking down my questions and your answers.

25   But she can't take down nods of the head or
```

Nicholas Barone
November 18, 2024

1    "uh-huhs" or "uh-uhs.  All right.

2              Do you understand that

3    instruction?

4         A.   Yes.

5         Q.   All right.  Second instruction is

6    if you could wait until I finish asking a

7    question before you give an answer, it

8    makes it a lot easier on the court reporter

9    if only one of us is talking at once.

10             Do you understand that

11   instruction?

12        A.   Yes.

13        Q.   And the third instruction is if

14   you don't hear or understand a question

15   that I ask, just ask me to rephrase it,

16   because if you answer it I will assume that

17   you heard it and that you understood it.

18             Do you understand that

19   instruction?

20        A.   Yes.

21        Q.   Is there any reason why you would

22   not be able to testify truthfully today?

23        A.   No.

24        Q.   Have you consumed any alcohol or

25   medication in the last 12 hours?

Nicholas Barone
November 18, 2024

1      A.    No.

2      Q.    Can you state your full name,

3  please?

4      A.    Nicholas Charles Frances Barone.

5      Q.    And Mr. Barone, where do you

6  live?

7      A.    1815 West Moyamensing Avenue.

8      Q.    Do you live there with anyone?

9      A.    Yes, it's my parents' house.

10      Q.    And do you live with your

11  parents?

12      A.    Yes.

13      Q.    And what are your parents' names?

14      A.    Eileen and Nicholas.  Do you need

15  full names or...

16      Q.    Yeah, that's fine.  Their last

17  name, I assume, is Barone?

18      A.    Barone, yes.

19      Q.    Does anyone else live there?

20      A.    Yes, my three brothers as well.

21      Q.    And what are their names?

22      A.    Joseph, Matthew, Christopher.

23      Q.    Are you Catholic by any chance?

24            MR. GONZALES:  Off the

25    record.

Nicholas Barone
November 18, 2024

1                    (A discussion was held off

2       the record.

3                          MR. GONZALES:  Back on the

4       record.

5    BY MR. GONZALES:

6         Q.    All right.  Who is the oldest?

7         A.    Me.

8         Q.    And what is your date of birth?

9         A.    10/13/94.

10        Q.    How old is Joseph?

11        A.    He's my twin, so we're both 30.

12        Q.    Got it.  Matthew?

13        A.    20 -- he'll be -- he's 28.

14        Q.    And Christopher?

15        A.    23.

16        Q.    Are you married?

17        A.    No.

18        Q.    Ever been married?

19        A.    No.

20        Q.    Have any kids?

21        A.    No.

22        Q.    Ever been arrested?

23        A.    No.

24        Q.    Ever served in the military?

25        A.    No.

Nicholas Barone
November 18, 2024

1    Q.    Where did you go to high school?

2    A.    Saint John Neumann Goretti.

3    Q.    What year did you graduate?

4    A.    2013.

5    Q.    Any college after that?

6    A.    No.

7    Q.    What do your parents do for a

8  living?

9    A.    My mother is a nurse.  And my

10  father works for a law firm.

11    Q.    What does he do?

12    A.    They work on foreclosing houses.

13  I think it's the sheriff's department.  I'm

14  not -- I'm not too positive, to be honest.

15    Q.    Okay.  He doesn't work for the

16  city, though; is that correct?

17    A.    No.

18    Q.    Where does your mom work as a

19  nurse?

20    A.    She's an administrator now.  She

21  works at the Jefferson Surgical Center in

22  Cherry Hill.

23    Q.    What does Joseph do for a living?

24    A.    He works for the facilities team

25  for a company called New Health.

Nicholas Barone
November 18, 2024

1       Q.    Do you work for New Health?

2       A.    Yes.

3       Q.    What does Matthew do?

4       A.    He works at my cousin's pizza

5  place in Media.

6       Q.    What is the name of the pizza

7  place?

8       A.    Poseidon.

9       Q.    Where in Media is it, do you

10  know?  Like in the borough there or --

11      A.    I think so, I'm not too positive.

12      Q.    And how about Christopher?  What

13  does he do?

14      A.    Nothing.

15      Q.    Nothing?

16              MR. GONZALES:  Off the

17      record.

18              (A discussion was held off

19      the record.)

20              MR. GONZALES:  Back on the

21      record.

22  BY MR. GONZALES:

23      Q.    So you graduated from Saint John

24  Neumann Goretti in 2013.  You said no

25  college, but have you taken any classes

Nicholas Barone
November 18, 2024

```
1   for, like, certifications, or to get a

2   license?

3        A.    I attempted to go to CCP.  I went

4   to IUP.  Both -- dropped out of both,

5   though.

6        Q.    All right.  When did you go to

7   CCP?  And that's community college,

8   correct?

9        A.    Immediately after.  Only went for

10  a few months.

11       Q.    All right.  Like in the fall of

12  2013 or in the summer?

13       A.    I don't remember.

14       Q.    All right.  Did you have, like, a

15  course of study that you were pursuing?

16       A.    No.

17       Q.    All right.  And why did you drop

18  out?

19       A.    It just wasn't for me.

20       Q.    And then you said you went to

21  IUP?

22       A.    Yeah.

23       Q.    That's Indiana University of

24  Pennsylvania?

25       A.    Yes.
```

Nicholas Barone
November 18, 2024

```
 1        Q.    When did you go there?

 2        A.    2016.

 3        Q.    All right.  Did you take any

 4   classes there?

 5        A.    I went to about a month worth of

 6   classes.

 7        Q.    And then what happened?

 8        A.    I dropped out.

 9        Q.    Why?

10        A.    It wasn't for me.

11        Q.    Okay.  What were you going to

12   study at IUP?  Did you have a major?

13        A.    Started nursing, went to finance,

14   left.

15        Q.    Nursing, finance?

16        A.    Yes.

17        Q.    Okay.  Any interest in pursuing a

18   nursing degree non -- like

19   non-baccalaureate?

20        A.    No.

21        Q.    All right.  Where do you

22   currently work?

23        A.    I work at the Jefferson Surgical

24   Center in Cherry Hill.

25        Q.    And what do you do for them?
```

Nicholas Barone
November 18, 2024

1      A.    I'm the assistant materials

2  manager.

3      Q.    And what do you do?

4      A.    We pretty much order, hold, take

5  care of all supplies, implants, tools,

6  pretty much anything you can think of, it

7  goes through us first.

8      Q.    Who is the manager?

9      A.    Her name is Deanna Conlow.

10     Q.    Can you spell the last name?

11     A.    C-O-N-L-O-W.

12     Q.    Is she your direct supervisor?

13     A.    No.

14     Q.    Who is your direct supervisor?

15     A.    Diana Montello.

16     Q.    What's her position?

17     A.    She's the DON, director of

18  nursing.

19     Q.    Okay.  When did you start at the

20  Jefferson Surgical Center in Cherry Hill?

21     A.    March 11.

22     Q.    Of '24?

23     A.    Yes.

24     Q.    Is that full-time, part-time?

25     A.    Full-time.

Nicholas Barone
November 18, 2024

1        Q.    And what are you making there?

2        A.    $26 an hour.

3        Q.    Do you get any overtime?

4        A.    No.

5        Q.    Are you eligible for any medical

6   benefits?

7        A.    Yes.

8        Q.    And are you receiving them now,

9   or?

10       A.    Yes.

11       Q.    Okay.  They have like a 401(k)?

12       A.    Yes.

13       Q.    It's probably called something

14   different, right?

15       A.    I believe it is just a 401(k),

16   yes.

17       Q.    Oh, that's what they call it?

18       A.    Yes.

19       Q.    Do they match -- do they put a

20   certain amount in for whatever you put in?

21       A.    I believe so.

22       Q.    Do you have any co-workers?

23       A.    Yes.

24       Q.    I'm just getting an idea.  How

25   many people in the department?

Nicholas Barone
November 18, 2024

```
 1        A.    In the department specifically?

 2        Q.    Yes.

 3        A.    There's just two of us.

 4        Q.    Before you worked at the

 5   Jefferson Surgical Center, where did you

 6   work?

 7        A.    I worked for the Penn Auto Team

 8   in the Navy Yard.

 9        Q.    And what did you do for them?

10        A.    I was an auto processor.

11        Q.    And what did you do as an auto

12   processor?

13        A.    We would drive the new cars

14   coming off the ships and process them to go

15   out to dealerships and car shows, et

16   cetera.

17        Q.    What was the coolest car that you

18   drove off a ship?

19        A.    Probably the Genesis.  I think it

20   was the 90.

21        Q.    The sedan?  The big sedan or the

22   SUV?

23        A.    The SUV.

24        Q.    Like a spaceship.

25        A.    I was just going to say that,
```

Nicholas Barone
November 18, 2024

1   yes.

2         Q.    When did you start at Penn Auto

3   Team?

4         A.    2022, in June.

5         Q.    Was that full-time or part-time?

6         A.    Part-time for four months.

7         Q.    So from June until, like, the end

8   of the summer it was part-time?

9         A.    About middle of October.

10        Q.    And then middle of October, was

11  it full-time?

12        A.    Correct.

13        Q.    And when did you leave Penn Auto

14  Team?

15        A.    Two weeks before I started at the

16  surgical center.

17        Q.    Had you found the job at the

18  surgical center before you left Penn?

19        A.    Yes.

20        Q.    And were you -- did you

21  voluntarily leave Penn?

22        A.    Yes.

23        Q.    You weren't terminated?

24        A.    I resigned.  No, I resigned.

25  Yes.

Nicholas Barone
November 18, 2024

```
 1        Q.     And when you were at Penn Auto,

 2   when you first started working part-time in

 3   June of '22, what were you earning?

 4        A.     $15 an hour.

 5        Q.     Any benefits?

 6        A.     No.

 7        Q.     And about how many hours a week

 8   were you working when you were doing

 9   part-time?

10        A.     It was 40 hours.

11        Q.     40 hours for part-time?

12        A.     Yes.

13        Q.     And then you said you switched to

14   full-time sometime in October?

15        A.     Mid-October, yes.

16        Q.     And what were you earning when

17   you were full-time?

18        A.     19.70.

19        Q.     And that's per hour?

20        A.     Yes.

21        Q.     And how many hours a week were

22   you working?

23        A.     40 hours.

24        Q.     Did you ever get overtime for

25   them?
```

Nicholas Barone
November 18, 2024

1      A.    It was there to take.

2      Q.    Right.  But did you ever --

3      A.    No.

4      Q.    -- take it?

5      A.    No.

6      Q.    So you could have taken more

7  hours and earned overtime, but you chose

8  not to?

9      A.    Yes.

10     Q.    Okay.  Any reason why you didn't?

11     A.    No.

12     Q.    And once you became full-time,

13  were you -- did you receive any benefits?

14     A.    Yes.

15     Q.    What type of benefits did they

16  have?  Medical?

17     A.    Yes.

18     Q.    Did they have any, like, 401(k)?

19     A.    No.

20     Q.    Okay.  Did you get a raise at all

21  before you left?

22     A.    Yes.

23     Q.    Do you remember when you got the

24  raise?

25     A.    No.

Nicholas Barone
November 18, 2024

```
 1        Q.    So, when you left to go to

 2   Jefferson, you were making more than 19.70

 3   an hour?  Is that right?

 4        A.    $20.

 5        Q.    $20?

 6        A.    Correct.

 7        Q.    Okay.  You just don't recall when

 8   that was?

 9        A.    No.

10        Q.    Okay.  And why did you leave Penn

11   Auto to go to the Jefferson Surgical

12   Center?

13        A.    Better opportunity.

14        Q.    How did you get the job at Penn

15   Auto Team?

16        A.    Just applied.

17        Q.    It wasn't like -- you knew

18   somebody or anything like that?

19        A.    No.

20        Q.    Okay.  Other than this lawsuit,

21   have you filed any other lawsuits in your

22   life?

23        A.    No.

24        Q.    Has anyone sued you?

25        A.    No.
```

Nicholas Barone
November 18, 2024

1       Q.    Have you ever filed a workers'

2   compensation claim?

3       A.    No.

4       Q.    Did you ever file for

5   unemployment?

6       A.    Yes.

7       Q.    How many times?

8       A.    Just the once.

9       Q.    And that's when you left the

10  city?

11      A.    Yes.

12      Q.    Did you get it?

13      A.    No.

14      Q.    Do you know why you didn't get

15  it?

16      A.    I do not.

17      Q.    Was it contested, to your

18  knowledge?

19      A.    I don't remember.

20      Q.    Are you currently treating with

21  any mental health providers?  Psychologist,

22  psychiatrist, therapist, anything like

23  that?

24      A.    No.

25      Q.    Have you ever treated with a

Nicholas Barone
November 18, 2024

1   mental health provider?

2       A.    No.

3       Q.    When did you join the City of

4   Philadelphia Register of Wills office?

5       A.    January 3rd, 2019.

6       Q.    And who was the register of wills

7   at that time?

8                   Well, let's put it this

9   way.  It wasn't Tracey Gordon, right?

10      A.    No, it was not.

11      Q.    Was it Sabatino, Sabatina, does

12  that sound about right?

13      A.    No.

14      Q.    No?  Oh no, that's the current

15  guy.

16      A.    Ron -- Ron.

17      Q.    Donatucci?

18      A.    Yes.

19      Q.    And how did you hear about the

20  job at the Register of Wills office?

21      A.    My neighbor Lou.

22      Q.    And who is your neighbor Lou?

23      A.    Lou DiRenzo.

24      Q.    What does he do?

25      A.    I believe he runs the probate

Nicholas Barone
November 18, 2024

1  office.

2      Q.    For the city?

3      A.    Yes.

4      Q.    The probate office in the

5  register of wills?

6      A.    Correct.

7      Q.    Okay.  All right.  So what did he

8  tell you?  What did he say about the job?

9      A.    He just said they had an

10  opportunity, an opening.  And I didn't have

11  anything at the time because I just dropped

12  out of school, so I took him up on it.

13      Q.    Walk me through what you were

14  doing after you graduated high school up

15  until you got the job in the register of

16  wills.  So you graduated, like, June of

17  2013?

18      A.    Yes.

19      Q.    All right.  What did you do that

20  summer?

21      A.    I did nothing that summer.  I

22  started working in my cousin's restaurant

23  part-time, just a couple days a week.

24      Q.    The --

25      A.    Brick.

Nicholas Barone
November 18, 2024

1       Q.      Oh, Brick?

2       A.      No, no.  Yes, Brick.

3       Q.      Where is Brick?

4       A.      It was on 17th and Lombard.

5       Q.      All right.  Do you remember when

6   you started working there?

7       A.      About August.

8       Q.      And what were you doing there?

9       A.      Just little things, food running,

10  dishes, you know.  Because I attempted to

11  go to CCP at that time as well.  So I was

12  just trying to make a little extra cash.

13      Q.      Yeah, I understand.  All right.

14  And how long did you work at Brick?

15      A.      A few years, up until it closed.

16      Q.      Just putting this together,

17  sounds like you said that you started at

18  CCP, at that -- whatever that semester was

19  --

20      A.      Correct.

21      Q.      -- but it was what, about a --

22  you say a month?  Few weeks?

23      A.      About a month, couple months.

24      Q.      Okay.  All right.  So sometime in

25  that fall of 2013 you were going to CCP,

Nicholas Barone
November 18, 2024

1   but then you stopped.

2        A.    Correct.

3        Q.    But you continued to work at your

4   cousin's restaurant at Brick?

5        A.    Yes.

6        Q.    Were you working full-time?

7        A.    No.  I eventually started

8   full-time.

9        Q.    Okay.  Were you on the books?

10       A.    No.

11       Q.    Okay.  And you said you worked

12   there for a few years, you said?

13       A.    Yes.

14       Q.    Until it closed?

15       A.    Yes.

16       Q.    Again, which was about when, if

17   you can recall?

18       A.    I don't recall.

19       Q.    All right.  So 2013.  Did you

20   work there 2014, the following year?

21       A.    Yes.

22       Q.    How about 2015?

23       A.    Yes.  Because then I went to IUP.

24       Q.    Right.  Okay.  Do you remember

25   how much you were making there?

Nicholas Barone
November 18, 2024

1      A.    I don't.  I don't remember.

2      Q.    All right.  So then you go to

3 IUP.  You went out there?

4      A.    Yes.

5      Q.    Okay.  So you went to move on

6 campus?

7      A.    Yes.

8      Q.    All right.  And I take it you

9 weren't working while you were at IUP?

10     A.    No.

11     Q.    And then when did you come home

12 from IUP?

13     A.    2017.  2018.

14     Q.    Okay.

15     A.    Around then.

16     Q.    All right.  So the years are

17 correct.  So you stopped working at Brick

18 around 2015, 2016?

19     A.    2016, yes.

20     Q.    All right.  And then you would

21 have gone to IUP -- I think you said

22 sometime, like, 2016, the fall?  Does that

23 sound right?

24     A.    Yes.

25     Q.    And then you returned.  And then

Nicholas Barone
November 18, 2024

1   what did you do when you got back from IUP?

2        A.    I applied to jobs and then was

3   presented with the opportunity for the

4   register of wills.

5        Q.    So, between 2017 and 2019, did

6   you work anywhere?

7        A.    No.

8        Q.    I thought I saw a W-2 that your

9   attorney produced from 2018, from some

10  surgical -- Riverview Surgical Center.

11       A.    Yeah, in the Navy Yard.  I worked

12  there for about a month.

13       Q.    Okay.

14       A.    A couple months as a

15  perioperative assistant.  It didn't work

16  out.

17       Q.    Okay.  But that's where it was,

18  was down at the Navy Yard?

19       A.    Correct.

20       Q.    What's a periop -- what is that?

21       A.    Basically just clean the rooms

22  after surgeries.

23       Q.    They do surgeries down at the

24  Navy Yard?

25       A.    Yes.  There's Jefferson Surgical

Nicholas Barone
November 18, 2024

1   Center down there as well.

2       Q.    All right.  Your W-2 said you

3   made, like, 185 bucks or something, is that

4   right, or did you make more?

5       A.    I don't remember.

6       Q.    Okay.  Was that full-time or

7   part-time?

8       A.    Part-time.

9       Q.    All right.  And then you got the

10  job at the register of wills, correct?

11      A.    Correct.

12      Q.    When you started at the register

13  of wills, was it a full-time or a part-time

14  job?

15      A.    It was presented to me as a

16  part-time position, but I would be doing

17  full-time hours.

18      Q.    When you say it was presented to

19  you, who presented it to you?

20      A.    The HR.

21      Q.    Who did you meet with in HR?

22      A.    I remember her name was Virginia.

23      Q.    So your neighbor tells you about

24  this job at the register of wills, right?

25      A.    Yes.

Nicholas Barone
November 18, 2024

1      Q.    After he tells you about the job,
2  what did you about it?
3      A.    I applied for it.
4      Q.    Was there, like, a formal
5  application you had to submit, or what did
6  you do?
7      A.    I don't remember.
8      Q.    Did you call somebody or e-mail
9  somebody or send a letter, if you remember?
10     A.    I can't recall.
11     Q.    Did you have an interview with
12 anyone before you were hired?
13     A.    Yes, with Virginia.
14     Q.    Okay.  But just with Virginia?
15 You didn't have an interview with anyone
16 else within the register of wills?
17     A.    No.
18     Q.    When you interviewed with
19 Virginia, did you already have the job,
20 basically?  Or were you interviewing to get
21 the job?
22     A.    Interviewing to get the job.
23     Q.    Okay.  Do you understand my
24 question?
25     A.    Yes, yes.

Nicholas Barone
November 18, 2024

1    Q.    All right.  So this is not like,

2  hey, we got a job for, you know, Nick

3  Barone.  Just come on in and...

4    A.    No. It wasn't like that.

5    Q.    Okay.  Do you know how many other

6  individuals applied for the job?

7    A.    I'm not sure.

8    Q.    All right.  So, when you met with

9  Virginia, tell me -- first of all, when did

10  that meeting take place?

11    A.    I can't recall.

12    Q.    Was it in 2018?

13    A.    It was right before the New Year,

14  so, yes.

15    Q.    And the paperwork says you

16  started in January of 2019.

17    A.    January 3rd, yes.

18    Q.    Okay.  So, sometime in December

19  of 2018?

20    A.    Yes.

21    Q.    And when you met with Virginia,

22  tell me what you recall from the meeting.

23    A.    I don't recall anything.

24    Q.    Nothing?

25    A.    No.

Nicholas Barone
November 18, 2024

1        Q.    Did she say what the job was?

2        A.    Yes.  It was picking files and

3    running files up sometimes to City Hall.

4        Q.    Okay.  Did she say -- and you

5    said that she told you it was going to be

6    40 hours, but you would be a part-time

7    employee?

8        A.    It was 35 hours.

9        Q.    Okay.  Did she say whether there

10   would be any benefits involved?

11       A.    No.

12       Q.    Okay.  Did you ask?

13       A.    No.

14       Q.    And was anyone else present for

15   the meeting?

16       A.    No.

17       Q.    I take it that you were hired?

18       A.    Yes.

19       Q.    Obviously.  Do you remember when

20   you were notified that you were hired?

21       A.    About a week after.

22       Q.    How were you notified?

23       A.    She called me.

24       Q.    All right.  And do you remember

25   what she said?

Nicholas Barone
November 18, 2024

```
 1        A.    No.
 2        Q.    After you were hired, you said
 3   you were -- your first day was January 3rd
 4   of 2019?
 5        A.    Yes.
 6        Q.    Where did you go, physically?
 7        A.    5th and Spring Garden.  There's
 8   an archives down there.
 9        Q.    How did you know to go there?
10        A.    That's where she told me to go.
11        Q.    All right.  So you go there, tell
12   me what happened the first day.  Did you
13   meet with anybody?
14        A.    I met Bob Brown.
15        Q.    Bob who?
16        A.    Bob Brown.
17        Q.    Who is Mr. Brown?
18        A.    He was the supervisor at the
19   time.
20        Q.    Supervisor of the archives?
21        A.    Of the archives, yes.
22        Q.    Tell me about that meeting.  Was
23   anyone else present for the meeting?
24        A.    No.  He just met me outside, and
25   then we just went in and started working.
```

Nicholas Barone
November 18, 2024

1    Q.    Okay.  So it was not like a

2  sit-down?

3    A.    No.

4    Q.    Did he explain what the job was?

5  Did anybody explain what the job was before

6  you accepted it?

7    A.    He did.  Bits and pieces.  It was

8  more of a just learn-as-you-go type thing.

9    Q.    All right.  So when you started,

10  how many other employees were working down

11  at the archives, if you recall?

12    A.    There was four of us total when I

13  first started.

14    Q.    Who were they?

15    A.    Keith Perry and Robert Solvibile.

16  I don't know how to spell his last name.

17    Q.    So I got Keith, I got Rob, any

18  other employees?

19    A.    Bob Brown.

20    Q.    And Bob Brown.

21    A.    Yes.  And myself.

22    Q.    Right.  Supervisor, got it.

23          Were Keith and Robert --

24  what was their job?

25    A.    They were also there to pick

Nicholas Barone
November 18, 2024

1   files, et cetera.

2        Q.    Basically same as you?

3        A.    Pretty much.

4        Q.    Were the other employees

5   full-time or part-time?

6        A.    They were both full-time.

7        Q.    I take it Bob was a full-time

8   employee?

9        A.    Yes.

10        Q.    When you first started in 2019, I

11   take it you were an hourly employee,

12   correct?

13        A.    Yes.

14        Q.    How did you keep track?  Or do

15   you know how the --

16        A.    They had a timesheet.

17        Q.    We have to ask the question

18   first.

19        A.    I'm sorry.

20        Q.    It's all right.

21              Do you know how the City

22   or the Register kept track of your time

23   when you first started in 2019?

24        A.    We had a timesheet that we would

25   sign.

Nicholas Barone
November 18, 2024

1      Q.    And what were your hours when you

2   started?

3      A.    9 to 5, I believe.

4      Q.    9 a.m.  to 5 p.m.?

5      A.    Yes.

6      Q.    Was that the hours of the other

7   employees as well?

8      A.    I'm not sure.

9      Q.    All right.  Did you work five

10  days a week?

11     A.    Yes.

12     Q.    Monday through Friday?

13     A.    Yes.

14     Q.    So, when you would come into

15  work.  You would sign the timesheet?

16     A.    Yes.

17     Q.    And when you would leave, you

18  would sign the timesheet?

19     A.    Yes.

20     Q.    How about lunch?  Did you get

21  lunches?  Lunch time, I should say.

22     A.    Yes.

23     Q.    And were you supposed to sign out

24  at lunch?

25     A.    Yes.

Nicholas Barone
November 18, 2024

```
 1        Q.    At any point in time during your

 2   employment with the register of wills, the

 3   way they kept track of your time, did it

 4   change?

 5        A.    No.

 6        Q.    So they always used a timesheet,

 7   to your knowledge?

 8        A.    Yes.

 9        Q.    So when you first started, you

10   were working with these other employees,

11   basically pulling files --

12        A.    Yes.

13        Q.    -- to be sent up to City Hall?

14        A.    Yes.  Putting them away, pulling

15   them.

16        Q.    How would you get an assignment?

17   Like how would you know what boxes or files

18   to pull?

19        A.    It would be e-mailed to us.

20        Q.    And when you say "to us," was

21   there, like, a central e-mail that would

22   receive the order?

23        A.    So, it would either go to Bob

24   Brown or myself.

25        Q.    It would not go to Keith or Rob?
```

Nicholas Barone
November 18, 2024

1      A.    No.

2      Q.    Okay.  Was there any reason why?

3      A.    Not that I know of.

4      Q.    Okay.  Who would you get the

5  e-mails from?

6      A.    Wayne Perry.

7      Q.    What was Mr. Perry's job?

8      A.    I'm not too sure.

9      Q.    All you knew was Wayne would

10  e-mail you from City Hall, tell what you

11  files to pull and bring to City Hall?

12      A.    Yes.

13      Q.    And was there a system in place

14  as far as when files would be delivered to

15  City Hall, or was it just as needed?  When

16  you first started?

17      A.    It would differ.

18      Q.    Okay.

19      A.    It would either be -- sometimes

20  it would be as needed, sometimes at the end

21  of the day, beginning of the day.  It all

22  depended on what they needed.

23      Q.    Okay.  Was there, like, a regular

24  delivery that would take place, you know,

25  at a set time every day?

Nicholas Barone
November 18, 2024

1        A.    Yes.  About noon-ish.

2        Q.    Okay.

3        A.    And then sometimes at the end of

4    the day as well.

5        Q.    All right.  Who would be

6    responsible for delivering the files from

7    the archives to City Hall?

8        A.    It all differed.

9        Q.    Would it be one of the four

10   employees down there?

11       A.    It was either me or Bob.

12       Q.    Okay.  Did you use your vehicle?

13       A.    Yes.

14       Q.    Were you compensated for your

15   travel time?

16       A.    No.

17       Q.    All right.  And how about to

18   retrieve files from City Hall and return

19   them to the archives, was there, like, a

20   set time that that took place, or was it as

21   needed?

22       A.    It was as needed.

23       Q.    So when you went to deliver

24   files, you'd pick up whatever they had

25   waiting for you?

Nicholas Barone
November 18, 2024

1        A.    Correct.

2        Q.    At any point in time during 2019,

3    do you remember, were there any issues or

4    complaints that you were made aware of

5    about late deliveries or not getting the

6    files from archives to City Hall on a

7    timely basis?

8        A.    Absolutely not.

9        Q.    Now at some point did your

10   co-workers change?  Did any of the

11   employees leave?  Did new employees come on

12   board?

13       A.    Yes.

14       Q.    So let's do it in order.  Who was

15   the first employee to leave?

16       A.    Bob Solvibile.

17       Q.    All right.  Do you remember when

18   Bob left?

19       A.    I do not.

20       Q.    Do you remember why he left?

21       A.    I do not.

22       Q.    Do you know where he went?

23       A.    No.

24       Q.    Was Bob replaced?

25       A.    Yes.

Nicholas Barone
November 18, 2024

1        Q.    Who replaced Bob?

2        A.    Chris Guest.

3        Q.    Do you remember when Chris got

4    hired?

5        A.    Vaguely.

6        Q.    What do you mean, vaguely?

7        A.    I just remember him coming in.

8        Q.    Do you remember what month?

9        A.    No.

10        Q.    Was it before Tracey Gordon

11    became the Register of Wills?

12        A.    No.

13        Q.    Okay.  All right.  So Bob was the

14    first one to leave, and he was replaced by

15    Christopher Guest -- or Chris Guest.

16                        And when was the next

17    person to leave?

18        A.    Bob Brown.

19        Q.    Do you remember when Bob left?

20        A.    No.

21        Q.    Do you know why he left?

22        A.    No.

23        Q.    Was Bob replaced?

24        A.    Yes.

25        Q.    Who was he replaced by?

Nicholas Barone
November 18, 2024

```
 1        A.    Pat Parkinson.
 2        Q.    Did you know Pat from anything
 3   before?
 4        A.    No.
 5        Q.    Did you know Chris Guest any time
 6   before?
 7        A.    No.
 8        Q.    All right.  And then when did
 9   Keith leave?
10        A.    Keith didn't.  Keith was there --
11        Q.    Okay.
12        A.    -- the whole time.  He was moved
13   eventually to City Hall.
14        Q.    Got it.  Did you get along with
15   Keith when he was working down at archives?
16        A.    Yes.
17        Q.    Did Keith seem to get along with
18   everyone else?
19        A.    Yes.
20        Q.    Do you remember when Keith went
21   to City Hall?
22        A.    I do not.
23        Q.    Was it before or after Tracey
24   Gordon became Register of Wills?
25        A.    After.
```

Nicholas Barone
November 18, 2024

1     Q.    Do you know who replaced Keith?

2     A.    Mark Wilson came in.  But Keith

3  was there for Mark Wilson for a little bit.

4     Q.    So at one point there was five

5  employees down there?

6     A.    Yes.

7     Q.    Because they hired Mark, and

8  Keith was still there?

9     A.    Yes.

10     Q.    All right.  And then at some

11  point, Keith went back -- went to City

12  Hall, right?

13     A.    Yes.

14     Q.    And did they replace Keith?

15     A.    Not that I know of.

16     Q.    Okay.  So, was there a period of

17  time where it was you, Chris, Pat, and

18  Mark?

19     A.    For about a month and a half,

20  maybe.

21     Q.    Okay.  And then what happened?

22  Who was the next person?

23     A.    Tom Campion was hired as the

24  supervisor.

25     Q.    Did Pat stay down there, or did

Nicholas Barone
November 18, 2024

1    he go somewhere else?

2         A.    No.  He went back to City Hall.

3         Q.    Do you remember when Mr. Campion

4    was hired as the supervisor?

5         A.    No.

6         Q.    Was he hired when Ms. Gordon was

7    the register?

8         A.    Yes.

9         Q.    Did you know Tom before he got

10   hired?

11        A.    No.

12        Q.    And at some point did Chris

13   leave?  Chris Guest?

14        A.    I was gone by then.

15        Q.    Oh, you were?  Okay.

16                    Mark Wilson, did he leave

17   before you?

18        A.    No.

19        Q.    Tom Campion, did he leave before

20   you?

21        A.    No, I was the first to go.

22        Q.    Okay.  And while Tom Campion was

23   your supervisor, how would you rate him as

24   a supervisor?

25        A.    He was a great supervisor.

Nicholas Barone
November 18, 2024

1          Q.     At any point in time, did you

2     become aware of any issues or concerns that

3     were raised at City Hall about the

4     timeliness of delivering archive material

5     files from the archives to City Hall?

6          A.     No.

7          Q.     Do you remember anyone coming

8     from City Hall to meet with folks in

9     archives to discuss any issues related to

10    the archives department?

11         A.     No.

12         Q.     Did Tom Campion ever tell you or

13    any of the other employees within your

14    earshot that there were concerns being

15    raised at City Hall about the timeliness of

16    archive materials being delivered?

17         A.     No.

18         Q.     Did Mr. Campion ever complain to

19    you about the, you know, the lack of

20    responsiveness from City Hall to the needs

21    of the archives folks?

22         A.     Can you repeat that?

23         Q.     No, probably not, but I'll try.

24                     Do you remember Mr.

25    Campion ever discussing with you or the

Nicholas Barone
November 18, 2024

1    other employees about complaints being

2    raised about the way you guys were being

3    treated by City Hall?

4         A.    No.

5         Q.    Did Mr. Campion raise any issues

6    about the lack of having a lift in the

7    archives, to your knowledge?

8         A.    I can't recall.

9         Q.    All right.  So, tell me about

10   your -- strike that.

11                    When Ms. Gordon took

12   office in 2020, did your job duties or

13   responsibilities change?

14        A.    They increased.

15        Q.    Okay.  How did they increase?

16        A.    I was doing everything.

17        Q.    When you say everything, what

18   else was there to do?

19        A.    Picking up the files, picking the

20   files, putting the files away.  The work

21   flow flowed through me.

22        Q.    All right.  Before she took

23   office, were you picking up files from City

24   Hall?

25        A.    Yes.

Nicholas Barone
November 18, 2024

1      Q.    Before she took office, were you

2   picking files from the shelves to be

3   delivered to City Hall?

4      A.    Yes.

5      Q.    And before she took office were

6   you replacing files that were being

7   returned from City Hall back into the

8   files?  Or the shelves?

9      A.    No.  Rob Solvibile was the one

10   putting them away.

11      Q.    So, your testimony is that when

12   Ms. Gordon became the register of wills,

13   you then took on that additional role of

14   replacing the files?

15      A.    Yes.  I was the longest person

16   there, so I had the most knowledge.

17      Q.    Okay.  Did you help train any of

18   the employees that were there?

19      A.    Yes.

20      Q.    How was Mark Wilson as an

21   employee?

22      A.    He was a good employee.

23      Q.    Was there a period of time where,

24   after you were able to train other

25   employees about where the files go, that

Nicholas Barone
November 18, 2024

1   they started to sort of pick up the slack,

2   so to speak?

3        A.    I don't recall.

4        Q.    Okay.  Why would it be that you

5   would continue to do more work after you

6   trained the other employees what to do?

7        A.    Can you repeat that?

8        Q.    Yeah, I'm trying to figure out,

9   you said that -- well, let me ask the

10  question:  Why was it that after you

11  trained the other employees what to do that

12  you were still doing more work?

13       A.    I don't recall.

14       Q.    Okay.  I mean, were they just

15  slacking off?  That's a legal term by the

16  way.

17       A.    Slacking off?  Yes.

18       Q.    Did you raise those issues or

19  concerns with your supervisor?

20       A.    No.

21       Q.    Okay.  How would you describe

22  them?  What were they doing that was

23  slacking off?

24       A.    I don't recall.

25       Q.    They just weren't doing as much

Nicholas Barone
November 18, 2024

1   work as you were doing?

2        A.    Yes.

3        Q.    They could have done as much work

4   as you, right?

5        A.    Yes.

6        Q.    I take it that you were a

7   conscientious and hard worker, and if they

8   were as conscientious and hard-working as

9   you, they would have been doing as much

10  work as you were doing.  Is that fair to

11  say?

12       A.    Yes.

13       Q.    But they weren't, were they?

14       A.    No.

15       Q.    All right.  Did your official

16  duties or responsibilities change when Ms.

17  Gordon became register of wills?

18       A.    No.

19       Q.    Did you ever say anything to your

20  supervisor about the fact that you were

21  continuing to do more work than your

22  co-workers, even though they were trained

23  and capable of doing more?

24       A.    No.

25       Q.    Why not?

Nicholas Barone
November 18, 2024

1      A.    You get in and just get the job

2   done.

3      Q.    Do you know somebody by the name

4   Charmaine Collins?

5      A.    Yes.

6      Q.    Do you remember who she was?

7      A.    I believe, the HR.

8      Q.    Yes.

9      A.    Yes.

10     Q.    Under Ms. Gordon?

11     A.    Yes.

12     Q.    All right.  Do you remember Ms.

13  Collins coming down to archives and having

14  any discussions with any of the folks in

15  archives?

16     A.    I don't recall.

17     Q.    How about Keith Harris, do you

18  know who Keith Harris is?

19     A.    Yes.

20     Q.    Do you recall Mr. Harris coming

21  down to archives and speaking to any of the

22  archives folks?

23     A.    I don't recall.

24     Q.    Were you there when Mr. Campion

25  injured himself on the job?

Nicholas Barone
November 18, 2024

1        A.     I was not.

2        Q.     Okay.  So tell me about the

3   process of getting the files when Ms.

4   Gordon became the register of wills.  Did

5   the process change, i.e. e-mail, lists, and

6   then you guys would pick them.  Did that

7   change at all?

8        A.     No.

9        Q.     After Ms. Gordon took office,

10  within a couple months, COVID hit, right?

11       A.     Yes.

12       Q.     Did COVID affect the work down at

13  the archives?

14       A.     Yes.

15       Q.     Okay.  Tell me how it affected

16  it.

17       A.     We were only allowed two people

18  in at a time, every other day.  The work

19  decreased because of what was going on.

20  But other than that, no.

21       Q.     So, the number of days in the

22  archives building itself decreased for you;

23  is that correct?  And the other employees?

24       A.     Yes.

25       Q.     All right.  But your pay stayed

Nicholas Barone
November 18, 2024

```
 1   the same, correct?
 2        A.    I believe so.
 3        Q.    All right.  Other than, like,
 4   distancing, right?  They were trying --
 5        A.    Yes.
 6        Q.    -- to minimize contact with
 7   others, right?
 8        A.    Yes, we had a small office.  A
 9   little bit bigger than this room.  So,
10   cramming five people in there wasn't a good
11   idea at the time --
12        Q.    All right.
13        A.    -- I guess.
14        Q.    Other than sort of staggering the
15   work days with the employees, were there
16   any other changes that occurred during
17   COVID?
18        A.    I don't recall.
19        Q.    All right.  Were the assignments,
20   i.e., the file requests I'll call them,
21   were they still being e-mailed to you and
22   then the supervisor, whoever that was?  Or
23   were they all going to you?
24        A.    They were all going to me.
25        Q.    When did that happen, that all of
```

Nicholas Barone
November 18, 2024

1  them got funneled to you?

2      A.    I started there.  Eventually

3  Wayne would e-mail me about seven, eight

4  months in.  And then it was -- it would go

5  through Bob Brown at first.  And then it

6  started to go through me.  And then Bob

7  left, and then it flowed through me.

8      Q.    So when Pat Parkinson became the

9  supervisor down there, at that point in

10  time all of the assignments were going

11  directly to you; is that correct?

12      A.    Yes, I would also e-mail them to

13  Pat.  I would share -- I would share.

14      Q.    Understood.  But when they came

15  in to archives, they were literally all

16  coming in to your e-mail?

17      A.    I believe so, yes.

18      Q.    All right.  And then you would

19  share that information with whoever the

20  supervisor was --

21      A.    Yep.

22      Q.    -- whether it was Pat or Tom?

23      A.    Yes.

24      Q.    Okay.  And when Pat Parkinson

25  became the supervisor, was there any

Nicholas Barone
November 18, 2024

1  changes in, like, the assignment, i.e., who

2  would be pulling files or things like that?

3      A.    He would break it down for each

4  person to do a certain thing.

5      Q.    Okay.  So you would get the list,

6  and then you'd share that with Parkinson.

7  Parkinson then would go through the list

8  and sort of divvy up who would be pulling

9  what?

10     A.    Yes.

11     Q.    All right.  And then, again,

12 while Pat Parkinson was the supervisor, who

13 would be responsible for delivering the

14 files once they were pulled?

15     A.    I delivered them.

16     Q.    All right.  And that remained --

17     A.    Yes.

18     Q.    -- throughout your tenure?

19     A.    I didn't do it every single day,

20 but I did it 80 to 90 percent of the time.

21     Q.    All right.  Did you feel that you

22 had adequate equipment down in archives to

23 be able to access the files and pull them?

24     A.    Yes.

25     Q.    What did you guys have, like step

Nicholas Barone
November 18, 2024

1    ladders or something?

2         A.    We had a couple step ladders and

3    there was one lift --

4         Q.    Okay.

5         A.    -- that he we had.

6         Q.    All right.  Basically the other

7    co-workers, your responsibilities were

8    essentially the same, to access the files,

9    pull them, get them together for delivery?

10        A.    Yes.

11        Q.    All right.  And then when they

12   were returned, how were they divvied up to

13   put them back in the files -- into the

14   boxes or whatever?

15        A.    They would come back in boxes,

16   and we would just -- usually they were put

17   back yearly, and we would just grab a box

18   and, you know, put it away until the year

19   is done and then just keep moving on.

20        Q.    Okay.  Did you ever speak

21   personally to Tracey Gordon?

22        A.    Once or twice.

23        Q.    Okay.  Did she ever yell at you?

24        A.    No.

25        Q.    When was the first time that you

Nicholas Barone
November 18, 2024

1    ever met Tracey Gordon?

2        A.    I can't recall.

3        Q.    Did you ever meet her

4    face-to-face?

5        A.    We had a fundraiser lunch that we

6    actually ate in the same room.

7        Q.    Did she ever come down to

8    archives while you were there, to your

9    knowledge?

10        A.    I can't recall.

11        Q.    Other than this fundraiser lunch

12    where you were in the same room, did you

13    ever have any face-to-face contact with

14    her?

15        A.    No.

16        Q.    Did she ever call you on the

17    phone?

18        A.    No.

19        Q.    Did you ever call her on the

20    phone?

21        A.    No.

22        Q.    Did she ever text you?

23        A.    No.

24        Q.    Did you ever text her?

25        A.    No.

Nicholas Barone
November 18, 2024

1          Q.    Did she ever e-mail you?

2          A.    No.

3          Q.    Did you ever e-mail her?

4          A.    No.

5          Q.    The fundraiser lunch, where was

6     that?

7          A.    City Hall.

8          Q.    And do you know what the

9     fundraiser was for?

10         A.    For her.

11         Q.    Where in City Hall was it?

12         A.    We picked up our lunches, and

13    there was a -- like, a conference room

14    about the size of this room.  And we sat

15    there -- excuse me.  And her and Keith

16    Harris -- excuse me -- sorry -- they walked

17    in and sat at the table next to us.

18         Q.    Did you know that it was a

19    fundraiser lunch for Ms. Gordon?

20         A.    Yes.

21         Q.    Do you remember when that took

22    place?

23         A.    I don't remember.

24         Q.    Was it, like, within a month or

25    two of you -- of Ms. Gordon taking office,

Nicholas Barone
November 18, 2024

1   or was it later?

2        A.    I don't remember.

3        Q.    Okay.  Do you remember what the

4   season was?

5        A.    Spring-ish.

6        Q.    I take it that we were not

7   socially distancing at that point?

8        A.    No.

9        Q.    I know things were going back and

10  forth, but at that point --

11       A.    Right.

12       Q.    -- there was no...

13                   All right.  And how did

14  you get word or notified that there would

15  be a fundraiser lunch?

16       A.    My supervisor.

17       Q.    Which was who at the time?

18       A.    Tom.

19       Q.    What did he say?

20       A.    He asked if we wanted to donate

21  money towards this luncheon.

22       Q.    Did he ask all the employees

23  together in the archives, or just come up

24  to you individually?  How did he --

25       A.    All together.

Nicholas Barone
November 18, 2024

1      Q.    Do you remember what time of day

2  it was?

3      A.    I don't remember.

4      Q.    Do you remember where you were?

5      A.    When he asked?

6      Q.    Yes.

7      A.    In the archives.

8      Q.    Right.  But in the office, out in

9  the --

10     A.    I don't remember.

11     Q.    All right.  So was he talking

12 about other things when this topic came up,

13 or was it just this topic?

14     A.    I don't recall.

15     Q.    So tell me as fully and

16 completely as you can recall, what he said.

17     A.    He asked if we wanted to donate

18 money, and we would get a lunch out of it.

19 That's pretty much it.

20     Q.    What did you say?

21     A.    I had to think about it.

22     Q.    All right.  What did the other

23 employees say?

24     A.    I don't remember.

25     Q.    Do you know who was present, the

Nicholas Barone
November 18, 2024

1    other employees?

2         A.    I don't remember.

3         Q.    All right.  When you said you had

4    to think about it, did Mr. Campion say

5    anything in response?

6         A.    No.

7         Q.    Did he tell you how much you

8    would have to donate in order to get a

9    lunch?

10        A.    $125.

11        Q.    All right.  Did you ever get back

12   to him?

13        A.    Yes.

14        Q.    When?

15        A.    I believe the next day.

16        Q.    What did you tell him?

17        A.    I told him that I would donate.

18        Q.    Okay.  Did Mr. Campion say

19   anything else during that initial meeting

20   where he asked if you wanted to donate the

21   $125 for the lunch?  Did he say anything

22   else during that time?

23        A.    I don't remember.

24        Q.    Did he say whether he agreed with

25   that or he disagreed with it or...

Nicholas Barone
November 18, 2024

1       A.    All I remember is it was for her.

2       Q.    Okay.

3       A.    That's it.

4       Q.    You don't remember him saying I

5  can't believe she's doing this, or this is

6  really unfair, anything along those lines?

7       A.    No.

8       Q.    Okay.  How about the other

9  employees?  You know, did anybody voice

10  their reservations or concerns about being

11  asked to donate?

12       A.    I don't remember.

13       Q.    Prior to that time, had you ever

14  donated any money to any candidate?

15       A.    No.

16       Q.    Have you ever served in any

17  elected capacity?

18       A.    Can you rephrase that?

19       Q.    Yeah, did you ever, like, run for

20  office?

21       A.    No.

22       Q.    Have you ever served as a

23  committee person?

24       A.    Like election day?

25       Q.    Yes.

Nicholas Barone
November 18, 2024

1      A.    Yes.

2      Q.    Well, not election day.

3      A.    Okay.

4      Q.    I guess there's committee people

5  -- your attorney knows all about this, I

6  don't.  But there's ward leaders, committee

7  people?

8      A.    Oh.  No.

9      Q.    Okay.  Do you know who your ward

10  leader is?

11      A.    Lou DiRenzo.

12      Q.    Your next-door neighbor?

13      A.    Yes.

14      Q.    All right.  Do you know any

15  committee people that are in your

16  neighborhood?  By the way, does Mr.

17  DiRenzo -- does he still work for the

18  register of wills?

19      A.    I'm not sure.

20      Q.    Did he work when -- was he at the

21  register of wills when Tracey Gordon took

22  office?

23      A.    Yes.

24      Q.    Do you know if he stayed there

25  or...

Nicholas Barone
November 18, 2024

1        A.    I believe he did.

2        Q.    Okay.

3        A.    I'm just not sure if he's still

4    working or not now.  He's a little older.

5        Q.    Okay.  Is he still a ward leader?

6        A.    I believe so.

7        Q.    Has he ever asked you to donate

8    to any campaigns?

9        A.    No.

10        Q.    Had you ever volunteered to work

11    at a poll for any candidates or for any

12    party?

13        A.    For my neighbor, yes.

14        Q.    For Mr. DiRenzo?

15        A.    Yes, as a favor.

16        Q.    Okay.  He asked you hey, can you

17    help out at the polls?

18        A.    Yes.

19        Q.    All right.  Do you remember what

20    election that was?

21        A.    I do not.

22        Q.    Did you just hand out literature?

23        A.    Yes.

24        Q.    And that was just that one time?

25        A.    Yes.

Nicholas Barone
November 18, 2024

1        Q.    All right.  So you come back the

2   next day after Mr. Campion asked you if you

3   would donate for the luncheon.  And what

4   did he tell him?

5        A.    I said that I would.

6        Q.    What did he say in response?

7        A.    I don't remember.

8        Q.    All right.  And was there any

9   further communication about the luncheon,

10  when it would be, where it would be,

11  anything like that?

12       A.    I don't remember.

13       Q.    And how did you donate -- strike

14  that.

15                   Did you donate the money?

16       A.    Yes.

17       Q.    How did you donate it?

18       A.    Cash, I believe.

19       Q.    Who did you give the cash to?

20       A.    I don't remember.

21       Q.    Did you give the cash to somebody

22  on the day of the luncheon or before?

23       A.    Prior.

24       Q.    And do you know how many people

25  were at the luncheon?

Nicholas Barone
November 18, 2024

1        A.    I do not.

2        Q.    Do you know if everybody donated

3    who was at the luncheon?

4        A.    I do not.

5        Q.    Were any of your co-workers at

6    the luncheon?

7        A.    Yes.  All five of us were there.

8        Q.    Okay.  Do you know if all five

9    donated?

10        A.    I don't remember.

11        Q.    Did anybody talk about it?  With

12    your co-workers?

13        A.    I don't remember.

14        Q.    Nobody said I can't believe we

15    gotta donate?  Nothing?  Nobody griped,

16    complained?

17        A.    Not that I recall.

18        Q.    How about you?  Did you gripe or

19    complain or comment about the fact that you

20    were being asked to donate to your boss'

21    campaign?

22        A.    To myself, I mean.

23        Q.    Right.  To anybody else?

24        A.    No.

25        Q.    How about to your family, did you

Nicholas Barone
November 18, 2024

1   ever complain to them?

2        A.    No.

3        Q.    All right.  So you donate the

4   $125 in cash, you go to the lunch.  What

5   did they serve?  Lobster?

6        A.    It was a --

7        Q.    Filet mignon?

8        A.    Chicken wing platter.

9        Q.    Chicken wing platter.  Did Ms.

10  Gordon say anything at the luncheon?

11       A.    No.

12       Q.    Like, no "thanks everybody for

13  being here and contributing," nothing like

14  that?

15       A.    I don't remember.

16       Q.    Okay.  How about anybody else on

17  her behalf, did anybody say anything?

18       A.    Not that I recall.

19       Q.    And was this all -- were these

20  all, like, employees of the register of

21  wills, to your knowledge?  Or were there

22  outsiders that were there as well?

23       A.    To my knowledge, it was

24  employees.

25       Q.    All right.  Did you ever donate

Nicholas Barone
November 18, 2024

1    to Ms. Gordon's campaign at any other time

2    during your tenure of employment at the

3    register of wills?

4         A.    No.

5         Q.    Were you ever asked to contribute

6    at any other time?

7         A.    Yes.

8         Q.    All right.  This fundraiser, by

9    the way, was that the first time you were

10   asked?

11        A.    Yes.

12        Q.    When was the next time that you

13   were asked?

14        A.    It was right before the end of

15   the year.  I'm not sure on the date.

16        Q.    All right.  So you were

17   terminated in January of '22; is that

18   correct?

19        A.    Yes.

20        Q.    So using that as a frame of

21   reference, if she took office in 2020, and

22   you were terminated in '22, do you

23   remember, A, when that luncheon was?  Does

24   that help you?

25        A.    The first one or the second?

Nicholas Barone
November 18, 2024

1        Q.    The first one.

2        A.    The first one, I believe -- it

3   was in nice weather, that's all I can

4   remember.

5        Q.    So if it was --

6        A.    Before summer, I would say.

7        Q.    And probably not in the height of

8   COVID in 2020?

9        A.    No.

10       Q.    All right.  So it sounds like

11  probably 2021?

12       A.    2021.

13       Q.    Okay.  And then this next time

14  where you were asked to donate, that would

15  have been in 2021 as well, near the end of

16  the year?

17       A.    Yes.

18       Q.    Do you remember what month?

19       A.    I do not.

20       Q.    Who asked you?

21       A.    At first, Tom Campion.

22       Q.    And where was it when he asked

23  you?

24       A.    We were in the office in the

25  archives.

Nicholas Barone
November 18, 2024

1      Q.    Was anyone else present?

2      A.    He asked all the employees in the

3  office.

4      Q.    And who were the other employees

5  that were there at the time?

6      A.    Chris Guest and Mark Wilson.

7      Q.    And what did Mr. Campion ask?

8  What did he say?

9      A.    He asked if we wanted to donate

10  to her campaign.

11      Q.    All right.  Did he say anything

12  else?

13      A.    No.

14      Q.    Did anybody respond?

15      A.    I did.

16      Q.    What did you say?

17      A.    No.

18      Q.    All right.  Did anyone else

19  respond?

20      A.    They weren't happy about it.

21      Q.    What did they say that made you

22  believe that they were not happy?

23      A.    I don't remember --

24      Q.    All right.

25      A.    -- specifically.

Nicholas Barone
November 18, 2024

1    Q.    When you said no, did Mr. Campion

2    say anything in response?

3    A.    He said are you sure?  I said

4    yes.

5    Q.    Was anything else said during

6    that meeting?

7    A.    Not that I remember.

8    Q.    Did Mr. Campion say how much?

9    A.    Yes.  It was $150.

10   Q.    Okay.  Was anything else

11   discussed at that meeting that you haven't

12   told me about?

13   A.    Just the donating the money.

14   Q.    Okay.  But was anything else said

15   about donating the money that you haven't

16   told me about?

17   A.    I just didn't want to do it.  He

18   said that we should do it.  Because it's

19   for her.  And they were really, like,

20   breaking his balls.  I don't want to say

21   that, I'm sorry.

22   Q.    She's heard a lot worse than

23   that.  It's fine.

24   A.    Okay.

25                MR. GONZALES:  Off the

Nicholas Barone
November 18, 2024

1    record.

2                    (A discussion was held off

3    the record.)

4                    MR. GONZALES:  Back on the

5    record.)

6  BY MR. GONZALES:

7        Q.    So we had a little discussion

8  about, you know, vulgar language, and the

9  appropriateness of using vulgar language in

10  a deposition.  And I encourage you, if

11  vulgar language was used we need to hear

12  it.  You don't need to withhold that.  You

13  know, it's not that you're doing anything

14  intentional.

15        A.    Right.

16        Q.    When I ask you was anything else

17  said, I mean it.  Tell me anything and

18  everything that you remember, and the words

19  that were actually used.

20        A.    Okay.  He asked us to donate the

21  money.

22        Q.    "He," meaning Campion?

23        A.    Campion, yes.

24        Q.    Go ahead.

25        A.    Group census was no.  I kind of

Nicholas Barone
November 18, 2024

1   lead the charge on the no because I was

2   making the least amount of money in the

3   office.

4                    And he said that they were

5   really breaking his balls.  And I told him

6   I don't -- I don't care.  I make this

7   amount of money every couple weeks, and I

8   can't afford to donate again to, you know,

9   whatever cause it is.  So, we talked about

10  it for, like, 20 minutes-ish.  And then he

11  was talking to the other employees.

12                   I went back to work.  I

13  came back later that day, and he said that

14  Keith Harris had called him, and they were

15  really pushing for, you know, the donation.

16  And I just told him that you can tell him I

17  said no.  Like, I'm not -- I don't want to

18  give the money.  So then the day ended.

19       Q.    Okay.  You said this discussion

20  was about 20 minutes.  Do you remember

21  anything else that was said during that 20

22  minutes?

23       A.    I do not.

24       Q.    And did anybody call in during

25  that meeting, or was it just the folks that

Nicholas Barone
November 18, 2024

1   were in that room?

2         A.    While we were talking?

3         Q.    Yeah.

4         A.    Not that I recall.

5         Q.    Okay.  All right.  So later that

6   day Campion told you that Harris called him

7   and was really pushing for donations.  Did

8   he say anything else about what Harris said

9   to him?

10        A.    No.

11        Q.    Did you say anything else to him

12  other than what you said?

13        A.    Did I say anything else?

14        Q.    Back to Campion when he told you

15  about Harris.

16        A.    I just told him I'm not donating.

17        Q.    Okay.  And that was the end of

18  that discussion?

19        A.    Yes.

20        Q.    All right.  When was the next

21  time anybody talked to you about donating?

22        A.    They asked all week.

23        Q.    When you say "they," who is they?

24        A.    Keith Harris.

25        Q.    He asked you directly?

Nicholas Barone
November 18, 2024

1        A.     No.  He would go through Tom.

2        Q.     So Tom Campion would tell you

3   that Keith Harris was asking for money?

4        A.     Yes.

5        Q.     That's what I want to find out.

6   So the next day, tell me what happened.

7        A.     I went to work, normal day, and

8   then he asked again in the afternoon.

9        Q.     Campion?

10       A.     Yes.

11       Q.     All right.

12       A.     Said Keith has been calling him.

13  And they even said that they would lower it

14  to half of the money.  And I still told him

15  no.

16       Q.     All right.  And any other

17  discussion the next day, other than what

18  you just described?

19       A.     It was a little longer because he

20  was trying to -- he said it would be smart

21  if we just did it, that way everything can

22  be normal.  But I just didn't want to

23  donate the money.  I wasn't obligated to

24  donate it, you know.

25       Q.     Okay.  And then the next day, did

Nicholas Barone
November 18, 2024

1   it happen again?

2       A.    Yes.  He asked.  I said no.

3       Q.    "He," meaning Campion?

4       A.    Campion.  Said that Keith has

5   been calling him all week.  And he said

6   that Keith told him, she said it could be

7   half the money, it doesn't matter.

8       Q.    All right.  And what did you tell

9   Campion?

10      A.    I told him no.  I said I'm not --

11  Campion even offered to pay for me, and I

12  told him no.

13      Q.    Do you know whether he ever paid

14  for you in the past?

15      A.    Before this?

16      Q.    Yes.

17      A.    No.

18      Q.    So, what was the next thing that

19  happened with respect to the donation?

20      A.    Nothing.  The conversations just

21  ended.

22      Q.    Okay.

23      A.    And then --

24      Q.    So the --

25      A.    Sorry.

Nicholas Barone
November 18, 2024

1      Q.    No, I'm breaking my own rules

2  here.

3      A.    And that was -- that was it,

4  pretty much.

5      Q.    Other than Campion, did anyone

6  else directly solicit or ask you for

7  donations to Ms. Gordon's campaign?

8      A.    No.

9      Q.    So all of the requests came

10  verbally through Tom Campion; is that

11  correct?

12      A.    Yes.

13      Q.    And you believe this discussion

14  that you just described occurred sometime

15  in late 2021?

16      A.    I believe so.

17      Q.    Do you remember what month?

18      A.    November.

19      Q.    And other than this discussion

20  that occurred in November of 2021, I take

21  it there were no other requests to you to

22  donate Ms. Gordon's campaign; is that

23  correct?

24      A.    After that week, no.

25      Q.    Have you ever talked to Keith

Nicholas Barone
November 18, 2024

1  Harris about this topic?

2      A.    I haven't seen Keith Harris in

3  years, so no.

4      Q.    I understand, but --

5      A.    Oh.  No.

6      Q.    -- did you ever talk to him?

7      A.    I did not.

8      Q.    Okay.  All right.  So tell me

9  about your termination from the register of

10  wills.  How did you find out?

11      A.    It was a Friday, a snow day, the

12  city was closed.  And I got a call from

13  Charmaine Collins saying that she was told

14  to go ahead and terminate me.  I was

15  shocked.  I asked why.  And she said that

16  she was told not to ask, to just do it.

17  And then I asked her when I could come

18  clean my desk out.

19      Q.    Did she say anything else to you?

20  About why you were being terminated?

21      A.    No.  She just said, sorry, I have

22  to terminate you.

23      Q.    Did you ever talk to Emilio

24  DiGregorio?  Is that his name?  Do you know

25  him?

Nicholas Barone
November 18, 2024

1        A.     I do.

2        Q.     Have you ever spoken to him,

3   personally?

4        A.     About this?

5        Q.     About anything.

6        A.     Maybe if I would see him at City

7   Hall, like a hello, how are you doing, type

8   thing.

9        Q.     Have you ever talked to him after

10  your termination?

11       A.     No.

12       Q.     Did you ever have any

13  conversations with him about being asked to

14  donate?

15       A.     No.

16       Q.     Did he ever tell you why you were

17  terminated?

18       A.     No.

19       Q.     All right.  So, again, this

20  telephone call from Charmaine Collins, have

21  you told me everything that she said during

22  that phone call?

23       A.     Yes.

24       Q.     How long was that phone call?

25       A.     I don't remember.

Nicholas Barone
November 18, 2024

1      Q.    Did she give you instructions on

2  cleaning out your desk?

3      A.    I asked her if it could be, you

4  know, the next day.  And, obviously, there

5  was nobody there Saturday, so I asked her

6  could it be Sunday.  I wanted to do it

7  before Monday.  That way I don't -- you

8  know, the walk of shame type thing.  And we

9  organized it so Tom could meet me because

10  they shut my badge off.  Tom could meet me

11  that Sunday, I want to say in the

12  afternoon, to get my things and be on my

13  way.

14      Q.    And you arranged that during that

15  phone call with Charmaine?

16      A.    Yes.

17      Q.    Did you have any communications

18  with Tom Campion that weekend before you

19  came in on Sunday?

20      A.    I just called him to let him know

21  that I was there on Sunday.

22      Q.    All right.  But you didn't talk

23  to him?

24      A.    No.

25      Q.    Let's put it this way -- you

Nicholas Barone
November 18, 2024

1    didn't talk to him the day that you got

2    notified of your termination; is that

3    correct?

4         A.    No.

5         Q.    Prior to that, had anyone

6    indicated that there were any issues with

7    your job performance?

8         A.    No.

9         Q.    Had anybody, to your knowledge,

10   raised concerns about the overall

11   performance of the archive unit?

12        A.    No.

13        Q.    Do you recall attending any

14   meetings with folks that came in from City

15   Hall to talk to the archives people about

16   the archives unit, about the protocols down

17   there, anything like that?

18        A.    I believe there was one time

19   where they came down, and we talked

20   about -- it was during -- right -- during

21   COVID about, like, how things were supposed

22   to be done, et cetera.  But I --

23        Q.    That was it?

24        A.    I'm not -- I don't remember most

25   of that, though.

Nicholas Barone
November 18, 2024

```
 1        Q.    All right.  You said you had a
 2   swipe card?
 3        A.    I did.
 4        Q.    That's how you would get in and
 5   out of the archives building?
 6        A.    Sometimes.  It was -- the swiper
 7   thing was broken a lot, and the door was --
 8   it used to get broken sometimes because of
 9   looting and stuff like that.  So you would
10   have to call somebody to open the door
11   sometimes.  Not all the time, but...
12        Q.    Okay.  But generally, if you went
13   to work, you would swipe, and that would
14   let you in, and you would sign the sign-in
15   sheet.
16        A.    I would attempt to, yes.
17        Q.    Right, I understand.  And there
18   were times when the swipe card didn't work.
19        A.    Yes.
20        Q.    All right.  Were there times when
21   it wasn't locked?  Like you literally could
22   just go in without swiping?
23        A.    The door itself?
24        Q.    Yes.
25        A.    No.
```

Nicholas Barone
November 18, 2024

1    Q.    Okay.

2    A.    But there also was another

3    entrance on the other side of the building,

4    where a separate warehouse, their door was

5    sometimes open as well.

6    Q.    Okay.  But generally, if your

7    swipe card didn't work, you would just call

8    another employee --

9    A.    Yes.

10    Q.    -- and they would let you in?

11    A.    Yep.

12    Q.    All right.  On the Sunday you

13    came in to pick up your stuff, did you call

14    Mr. Campion to tell him you were there?

15    A.    Yes.

16    Q.    Was he already inside?

17    A.    No.  I believe he was just

18    pulling up in his truck.

19    Q.    So tell me about that.  Did he

20    say anything to you when he got there?

21    A.    He just said sorry.  He said --

22    well, I mean, it's not his fault, so...

23    But I got my things.  We talked for, like,

24    five minutes, just wished him luck and went

25    on my way.

Nicholas Barone
November 18, 2024

1        Q.    Did you have any -- when you

2   talked to him, did you talk to him anything

3   about Tracey Gordon?

4        A.    No.

5        Q.    Anything about donating to the

6   campaign?

7        A.    No.

8        Q.    Did he tell you why you were

9   being terminated?

10        A.    He said he didn't know that I was

11   even being let go.

12        Q.    Did you ask him, like, what did I

13   do, what happened?  Anything like that?

14        A.    I just asked if he knew.  And he

15   said no because he just wrote a...

16        Q.    A performance review?

17        A.    Yes.

18        Q.    Which was a good performance

19   review.

20        A.    Which was -- yes.

21        Q.    Okay.

22        A.    So I guess I was surprised.  And

23   I assumed he would be the one to know at

24   least, and he said he had no idea.  And I

25   believe him.  He was a genuine guy.

Nicholas Barone
November 18, 2024

1        Q.    Okay.  And then you were able to

2   go in and clean the stuff out of your desk?

3        A.    Yes.

4        Q.    Were you able to get all your

5   personal belongings?

6        A.    Yes.  I only had, like, change in

7   there.  Everything else I just left.

8        Q.    Okay.  Did you leave your swipe

9   card or anything?

10       A.    Yeah, I believe I gave it to Tom.

11       Q.    The cell phone, it was your --

12   did you use your personal cell phone, or

13   was it city-issued?

14       A.    Personal cell phone.

15       Q.    Did you at some point receive an

16   actual termination letter?

17       A.    Yes.

18       Q.    How did you receive that?

19       A.    I got an e-mail, and then I got a

20   letter, I would say, a few weeks later.

21       Q.    Who was the e-mail from?

22       A.    Charmaine Collins.

23       Q.    And what did it say, if you

24   remember?

25       A.    I don't remember.

Nicholas Barone
November 18, 2024

1          Q.    Did it say why you were being

2     terminated?

3          A.    No.

4          Q.    When you got the e-mail, did you

5     call anybody at the register of wills or at

6     the city to get more information?

7          A.    No.

8          Q.    And then you said you got the

9     letter in the mail?

10         A.    I believe so.

11         Q.    All right.  And did the letter

12    tell you why you were terminated?

13         A.    I don't remember.

14         Q.    After you got the letter, did you

15    call anybody or contact anyone at the city

16    to get more information?

17         A.    No.

18         Q.    Since you left the city, have you

19    spoken to anyone at the city who has told

20    you why you were terminated?

21         A.    I was told by Pat Parkinson that

22    I was let go because of the donation.

23         Q.    When did he tell you that?

24         A.    We had a phone call about June.

25    You know, we talked.  I just asked him how

Nicholas Barone
November 18, 2024

1   he was.  He asked the same, if I was

2   working.

3                    And I just -- I said, "It

4   was the money, wasn't it?"  He said, "Of

5   course it was."

6                    And that's all I remember

7   from that conversation.

8       Q.   He didn't say anything other than

9   "Of course it was," in response to your

10  question?

11      A.   He told me that I should get an

12  attorney.

13      Q.   Did he recommend any attorneys?

14      A.   He did.

15      Q.   What attorneys did he recommend?

16      A.   He recommended him, Dan.

17      Q.   Mr. Savage?

18      A.   Yes.

19      Q.   All right.  And I take it then,

20  at that point or soon after, you did

21  contact Mr. Savage?

22      A.   I reached out, yes.

23      Q.   Again, other than this

24  conversation you had with Mr. Parkinson,

25  did you speak with anyone else who either

Nicholas Barone
November 18, 2024

1  worked or formerly worked at the register

2  of wills who told you why you were

3  terminated?

4      A.    I seen Rasheen Crews on election

5  day in May.

6      Q.    May of this year?

7      A.    No, before.  Of that year, 20 --

8      Q.    '22?

9      A.    Yes.

10      Q.    Where did you see him?

11      A.    I was working the polls.  And he

12  came in, I believe, to say hello to Lou.

13  And me and him were friendly, so I -- you

14  know, said hello to him, asked him how he

15  was.  I asked him, I said, "Was it the

16  money?"  And he shook his head yes.

17      Q.    Did he say anything else, other

18  than shaking his head in response to your

19  question?

20      A.    No.

21      Q.    Have you spoken to any other

22  current or former employees at the register

23  of wills who told you why you were

24  terminated?

25      A.    No.

Nicholas Barone
November 18, 2024

1      Q.    Has anyone else, other than your

2   attorneys, spoken to anyone else who has

3   told you why you were terminated?

4      A.    No.

5      Q.    So, tell me how you felt when you

6   were notified that you were terminated.

7      A.    That day?

8      Q.    Yes.

9      A.    I cried, actually.

10     Q.    Why?

11     A.    I was just surprised.  I mean, I

12   felt like I was stuck now.  And it took a

13   toll on me for sure.  But, you know, I

14   wasn't happy.  I was shocked.  I thought I

15   just -- I thought I was actually going to

16   get a raise because of the review, and I

17   thought I deserved one.  But the complete

18   opposite happened.

19     Q.    Did you ever apply for any

20   reemployment with the city?

21     A.    No.

22     Q.    Any reason why not?

23     A.    No.

24     Q.    I mean, nobody told you that you

25   couldn't reapply for another job in another

Nicholas Barone
November 18, 2024

1   department within the city?

2       A.    Like the water department or

3   something?

4       Q.    Anything.

5       A.    No, I didn't.

6       Q.    Did you talk to Mr. DiRenzo -- is

7   that his --

8       A.    Yes.

9       Q.    Did you talk to Lou about any,

10  you know, possible jobs --

11      A.    No.

12      Q.    -- elsewhere within the city?

13      A.    Nothing.

14      Q.    Did you ever talk to Lou about

15  what happened to you?

16      A.    No.

17      Q.    Never?

18      A.    Never.

19      Q.    Did he ever ask?

20      A.    No.  When I see Lou, it's just

21  hello, how are you, just neighbor --

22  neighbor things, yeah, never...

23      Q.    Have you ever talked to any, you

24  know, like, political people about what

25  happened to you?

Nicholas Barone
November 18, 2024

```
1        A.    No.

2        Q.    I mean, other than Pat. I mean,

3   Pat's a...

4        A.    I don't know anybody political --

5        Q.    All right.

6        A.    -- so no.

7        Q.    You know your neighbor, right?

8   Well other than that.  All right.

9              (Exhibit Barone-1 is marked for

10             identification.)

11  BY MR. GONZALES:

12       Q.    Mr. Barone, I'm putting a

13  document in front of you.  It is marked

14  Barone-1.

15             It is a January 7, '22

16  letter to you from Tracey Gordon, and it's

17  Bates number Defense 14.

18             Do you see this?

19       A.    Yes.

20       Q.    Is this a copy of the letter that

21  was sent to you regarding your termination?

22       A.    Yes.

23       Q.    Okay.  At the bottom, it says if

24  you have any questions regarding your

25  separation, please contact Charmaine
```

Nicholas Barone
November 18, 2024

1    Collins.  And it has an e-mail address.

2                    Did you ever contact Ms.

3    Collins after that initial e-mail you

4    received from her?

5         A.    I just e-mailed her and asked her

6    about my vacation or sick time.

7         Q.    Okay.  And what did she say in

8    response?

9         A.    I don't recall.

10        Q.    Did you get that back in pay?

11        A.    Like eight, nine weeks after,

12   yes.

13        Q.    Okay.  Do you contend that they

14   shorted you in any way --

15        A.    No.

16        Q.    -- or that you were owed

17   something, other than obviously for being

18   terminated?  But any back time, PTO, that

19   they owe you, to your knowledge?

20        A.    I don't believe so.

21        Q.    Did you apply for COBRA benefits?

22        A.    I believe so.

23        Q.    Did you get them?

24        A.    I don't recall.

25        Q.    Did you have health insurance

Nicholas Barone
November 18, 2024

1   when you were working at Penn Auto?

2        A.    After the four months, I did.

3        Q.    So, when you first started there,

4   no...

5        A.    Nothing.

6        Q.    Got it.  And then when you became

7   full-time --

8        A.    Correct.

9        Q.    -- you were eligible for

10  benefits, and then you got them?

11       A.    Yes.

12       Q.    Okay.  Did you have any

13  out-of-pocket medical expenses in, let's

14  say, from January of '22 until whatever

15  that was, September, October?

16       A.    No.  I tried avoiding going to

17  the doctor.

18       Q.    Right.  Was there any medical

19  condition that worsened because you didn't

20  go to the doctor during that time frame?

21       A.    No.  Also, sorry I keep doing the

22  interruption thing.  I don't mean it.

23       Q.    That's all right.  Don't worry

24  about it.

25       A.    I will try to let you finish the

Nicholas Barone
November 18, 2024

```
1   questions.

2              (Exhibit Barone-2 is marked for

3              identification.)

4   BY MR. GONZALES:

5       Q.    Mr. Barone, I'm showing you a

6   document which we have marked as Barone-2,

7   which is marked Defense 18.

8                      This is a memo to archives

9   staff from Tom Campion from April of 2021

10  regarding full schedule effective 8 April

11  2021.

12                     Do you see that?

13      A.    Yes.

14      Q.    Just looking at this, at the

15  beginning it says, "Please let this memo

16  serve as formal notice of our return to a

17  full onsite operating schedule."

18                     It would be fair to say

19  that sometime in April of 2021 you guys

20  were back, sort of full-time, in the

21  office?

22      A.    Yes.

23      Q.    And so there wasn't any more of

24  the two people on, two people off?

25      A.    No, it was -- yeah, we were full
```

Nicholas Barone
November 18, 2024

1    force at that point.

2        Q.    Okay.  Do you know -- and that's

3    your signature on here, correct?

4        A.    Yes.

5        Q.    Again, but it's your testimony

6    that you don't recall any discussions from

7    anyone about concerns about archive staff

8    showing up for work or --

9        A.    Correct.

10       Q.    -- doing the job in a timely

11   manner?

12       A.    Correct.

13       Q.    Okay.

14                   MR. GONZALES:  Let me look

15       at my notes.  I think we might be done.

16                   (A brief recess was

17       taken.)

18                   MR. GONZALES:  Back to the

19       record.

20   BY MR. GONZALES:

21       Q.    Other than that one fundraiser

22   for Ms. Gordon, have you ever attended a

23   political fundraiser for any other

24   candidates or parties?

25       A.    No.

Nicholas Barone
November 18, 2024

1        Q.    And again, other than the

2    conversations that you had with Mr.

3    Campion, did any other individual ever

4    request or ask you to donate to Ms.

5    Gordon's campaign?

6        A.    No.

7                    MR. GONZALES:  That is all

8        the questions I have for you.

9                    MR. SAVAGE:  I just have a

10       couple questions, if it's okay.

11   EXAMINATION

12   BY MR. SAVAGE:

13       Q.    When you started part-time at the

14   register of wills, you didn't receive any

15   benefits --

16       A.    No.

17       Q.    -- you didn't receive any

18   vacation time or sick time, correct?

19       A.    Correct.

20       Q.    Okay.  When you went with Penn

21   Auto, you testified that you went full-time

22   in October of 2022?

23       A.    Yes, middle October.

24       Q.    But your benefits didn't come

25   into fruition until January of 2023,

Nicholas Barone
November 18, 2024

1    correct?

2         A.    Correct.

3         Q.    Okay.  And then if overtime was

4    available to you at Penn Auto, you chose

5    not to take that because your father --

6    grandfather lived around the corner from

7    you, correct?

8         A.    Correct.

9         Q.    And you looked after him?

10        A.    Yes.

11        Q.    All right.  Tom Campion, when he

12   asked you to donate money, did he tell you

13   that Keith Harris called?

14        A.    Yes.

15        Q.    Did you ever see him on the phone

16   with him?

17        A.    He would walk out of the office.

18        Q.    Okay.  And also, you testified

19   that you cried when you found out that you

20   were being terminated, and for six months

21   you tried to get a job.  Did you experience

22   a lot of sleeplessness and anxiety?

23        A.    Yes, my anxiety went through the

24   roof because I had no income.  And then I

25   burned through everything I had for bills

Nicholas Barone
November 18, 2024

1    and everything.  And it was a very

2    stressful point in my life, for sure.

3         Q.    And then you -- you testified

4    that you gave flyers out for the campaign

5    at a polling place one time?

6         A.    Yes.

7         Q.    Yes.  But you also work as a --

8    when you saw Rasheen Crews?

9         A.    I was working as a --

10        Q.    Election board member?

11        A.    Yes.

12        Q.    Nonpartisan position?

13        A.    Yes.

14        Q.    And the lunch fundraiser that you

15   testified to, I guess we all came to the

16   conclusion that it happened in the spring

17   of 2021, correct?

18        A.    Correct.

19        Q.    And the reason you didn't reapply

20   to the City of Philadelphia is because you

21   were terminated from the City of

22   Philadelphia?

23        A.    Yes, I didn't think I could.

24        Q.    All right.

25                   MR. GONZALES:  Just one

Nicholas Barone
November 18, 2024

```
 1      follow-up.
 2   EXAMINATION
 3   BY MR. GONZALES:
 4        Q.    When you were living -- strike
 5   that.
 6                       Your parents, do they
 7   charge you rent?
 8        A.    They did.  But --
 9        Q.    They don't now?
10        A.    No, I do a lot for my parents,
11   yes.
12        Q.    Okay.  When did they charge you
13   rent?  For what years?
14        A.    Once I came home from IUP.
15        Q.    All right.  And how much do they
16   charge you?
17        A.    I don't recall.
18        Q.    I take it there's no receipts or
19   anything for what you were paying?
20        A.    No.
21        Q.    And you said you had a car?
22        A.    I did.
23        Q.    Okay.  And what happened to the
24   car?
25        A.    Well, now I don't have it
```

Nicholas Barone
November 18, 2024

1  anymore.

2      Q.    Right.  What happened?

3      A.    It was a 20-year-old car --

4      Q.    Okay.

5      A.    -- that I bought for, like, six

6  hundred bucks.  Yeah.

7      Q.    All right.  So you ride to work

8  with what, your mom or your brother?

9      A.    No, I have my own vehicle now.

10      Q.    Okay.

11                MR. GONZALES:  That is it.

12      Thank you.

13            (The deposition was concluded at

14            11:26 a.m.)

15                  -  -  -

16                THE REPORTER:  Can I get

17      your transcript orders, please?

18                MR. SAVAGE:  Full, mini,

19      and text.

20                THE REPORTER:  Normal

21      turnaround?

22                MR. GONZALES:  Yes, that's

23      fine.

24                  -  -  -

25

1                C E R T I F I C A T I O N

2    UNITED STATES DISTRICT COURT      :

3    EASTERN DISTRICT OF PENNSYLVANIA  :

4

5        I, Kimberly Cateon, a Professional

6    Shorthand Court Reporter and Notary Public,

7    do hereby certify the foregoing to be a true

8    and accurate transcript of my original

9    stenographic notes taken at the time and

10   place hereinbefore set forth.

11

12

13

14   ----------------------------

15             Kimberly Cateon,
             Professional Shorthand
16             Court Reporter

17

18

19

20   (The foregoing certification of this

21   transcript does not apply to any

22   reproduction of the same by any names,

23   unless under the direct control and/or

24   supervision of the certifying reporter.)

25

Nicholas Barone
November 18, 2024

```
 1              INSTRUCTIONS TO WITNESS

 2         Read your deposition over carefully.

 3    It is your right to read your deposition and

 4    make changes in form or substance.  You

 5    should assign a reason in the appropriate

 6    column on the errata sheet for any change

 7    made.

 8         After making any change in form or

 9    substance, and which have been noted on the

10    following errata sheet, along with the

11    reason for any change, sign your name on the

12    errata sheet and date it.  Then sign your

13    deposition at the end of your testimony in

14    the space provided.  You are signing it

15    subject to the changes you have made in the

16    errata sheet, which will be attached to the

17    deposition before filing.  You must sign it

18    in front of a witness.  Have the witness

19    sign in the space provided.  The witness

20    need not be a notary public.  Any competent

21    adult may witness your signature.

22         Return the original errata sheet to

23    the court reporter promptly:  Court rules

24    require filing within 30 days after you

25    receive the deposition.
```

Nicholas Barone
November 18, 2024

1               ERRATA SHEET

2    PAGE    LINE NO.    CHANGE    REASON THEREFOR

3    ---------------------------------------------

4    ---------------------------------------------

5    ---------------------------------------------

6    ---------------------------------------------

7    ---------------------------------------------

8    ---------------------------------------------

9    ---------------------------------------------

10   ---------------------------------------------

11   ---------------------------------------------

12   ---------------------------------------------

13   ---------------------------------------------

14   ---------------------------------------------

15   ---------------------------------------------

16   ---------------------------------------------

17   ---------------------------------------------

18   ---------------------------------------------

19   ---------------------------------------------

20   ---------------------------------------------

21   ---------------------------------------------

22   ---------------------------------------------

23   ---------------------------------------------

24   ---------------------------------------------

25   ---------------------------------------------

Nicholas Barone
November 18, 2024

1                     SIGNATURE PAGE

2                          OF

3                   NICHOLAS BARONE

4

5

6           I HEREBY ACKNOWLEDGE THAT I HAVE

7    READ THE AFOREGOING DEPOSITION, DATED

8    NOVEMBER 18, 20204, AND THAT THE SAME IS A

9    TRUE AND CORRECT TRANSCRIPTION OF THE

10   ANSWERS GIVEN BY ME TO THE QUESTIONS

11   PROPOUNDED, EXCEPT FOR THE CHANGES, IF ANY,

12   NOTED ON THE ATTACHED ERRATA SHEET.

13

14

15

16   SIGNATURE:    _____

17

18   WITNESSED BY: _____

19   DATE:         _____

20

21

22

23

24

25