# EXHIBIT D



## Record Clerk (Archives)

The Record Clerk performs a variety of filing and recordkeeping tasks related to the operation of the Archives Department.

**Essential Functions**

- Daily retrieval and storage of archived records upon request.
- Maintain systems of filing and organization in the records room.
- Adhere to established safety protocols to ensure a safe operating environment for self, co-workers and visitors entering the facility.
- Establish processes for the care and preservation of historical files in Philadelphia, with dates ranging from 1750 to present.
- Receive and respond to requests for information from employees.
- Process incoming mail and respond to telephone inquiries.
- Maintain file logs, track materials removed from files, and research/correct noted discrepancies.
- Scan or read incoming materials in order to determine how and where they should be classified and filed.
- Perform all tasks with keen attention to accuracy and detail.
- Additional duties as assigned. Management reserves the right to add, modify, change or rescind the work assignments of this position.

**Knowledge Skills & Abilities**

Knowledge of:

- Basic filing systems.
- Modern office practices, procedures and equipment.
- Various computer applications and software programs including Microsoft Office.

Ability to:

- Communicate both verbally and in writing.
- Read and comprehend departmental rules, regulations, procedures and instructions.
- Understand verbal instructions and directions.

- Operate basic office equipment, computers and peripherals.
- Establish and maintain effective working relationships.
- Interact with the public and provide information in a polite and efficient manner.
- Use good judgment to make decisions within scope of job responsibilities.
- Meet all physical demands, outlined below.

**Physical Demands**

Regularly lift and/or move objects 10-60lbs.  Occasionally lift and or move objects that weigh more than 100 lbs.  Must be able to use appropriate support equipment, when necessary, to lift and move materials.  Will access shelves approximately 12-15 feet in the air with mechanical lift or ladder. Employee is required to follow proper safety procedures for self and others.  Specific vision abilities required for this job include close vision, distance vision, color vision, peripheral vision, depth perception and ability to adjust and focus.  While performing the duties of this job, the employee is frequently required to bend, crawl, sit, talk, move about, hear and speak.  May be required to work in restricted spaces and/or under difficult lighting and access conditions.  Noise level may be high when operating power equipment.  Employee may be exposed to outside weather conditions when transporting materials.