**EXHIBIT F**



**REGISTER OF WILLS OFFICE**
Room 180 - City Hall
Philadelphia, PA 19107
(215) 686-6250
(215) 686-6268 – Fax

**TRACEY L. GORDON**
*Register of Wills*

# MEMO

To: All Staff
From: Human Resources
Date: December 8, 2022
Subject: Running for Office

Dear Staff,

As a Register of Wills employee, you are entitled to run for elected office without resigning from your position. While there is no prohibition, the following restrictions do apply:

- Campaigning on Register of Wills time is strictly prohibited.

- Solicitation on Register of Wills time is strictly prohibited.

- Your position at the Register of Wills cannot be utilized to request or demand support or additional services pursuant to your campaign.

- The performance of your primary job duties and essential functions must not be affected by your campaign.

- Remote work schedules cannot be accommodated for any Register of Wills employees who are running for office or working on another candidate's campaign.

- If you are concerned about any potential conflict, please notify Human Resources.

For the upcoming election cycle, if you intend on running for office, or working on another candidate's campaign, please submit formal, written notification to Charmaine.A.Collins@phila.gov, at your earliest convenience.

An electric copy of the *Pennsylvania Public Official and Employee Ethics Act* is attached, for your reference. As always, please reach out with any questions.

Warm Regards,

Charmaine Collins
HR Deputy

DEFENSEB02054