# EXHIBIT G



**CITY OF PHILADELPHIA**

**REGISTER OF WILLS OFFICE**
Room 180 - City Hall
Philadelphia, PA 19107
(215) 686-6250
(215) 686-6268 - Fax

**TRACEY L. GORDON**
*Register of Wills*

287998

January 7, 2022

Dear Nicholas Barone,

Please let this notice serve to inform you that you are hereby separated from employment with the Register of Wills office effective January 7, 2022. Please turn in your office keys, building access badge, employee identification card and any other work-issued equipment. Your last paycheck is scheduled for January 14, 2022.

- All Register of Wills property must be returned to receive your last pay.
- If you have any accrued vacation leave left, you will be paid for those days in the form of a terminal leave check. Please note, terminal leave pay can take several weeks to process.
- All Medical Benefits will terminate on February 1, 2022.
    - You may elect COBRA benefits for up to 18 months following separation. COBRA continues the health plan in which you are currently enrolled. If you have any questions concerning COBRA, please contact Jackie Ajose at 215-686-2327.
- Pension
    - Once separated you will receive notification from the Board of Pensions regarding your options. If you have any questions concerning Pension contributions or withdrawal, please contact Board of Pensions at (215) 496-7400.

If you have any questions regarding your separation, please contact Charmaine Collins at Charmaine.A.Collins@phila.gov. Thank you for your service to the Register of Wills.

Sincerely,

*Tracey L. Gordon*

Tracey L. Gordon
Register of Wills

Cc: Charmaine Collins, Deputy Human Resources

DEFENSE00014