# EXHIBIT H

# Register of Wills - Philadelphia
## EMPLOYEE PERFORMANCE EVALUATION

| Nick Barone 287998-4 | Review Date 12-2-21 |
|---|---|
| | Annual  X  <br> Promotional ___ <br> Special ___ |

PERFORMANCE RATINGS:  U = Unsatisfactory   NI = Needs Improvement   ME = Meets Expectations   EE = Exceeds Expectations

| PERFORMANCE FACTORS | CIRCLE THE APPROPRIATE RATING | | | |
|---|---|---|---|---|
| 1 | QUALITY OF WORK: Accuracy, neatness and completeness of work, ability to meet department's standards with regard to quality. | U | NI | ME | EE |
| 2 | QUANTITY OF WORK: Amount of work produced compared with the requirements of the position. | U | NI | ME | EE |
| 3 | WORK HABITS: Organization and planning of work; time management; adherence to established procedures and rules; care of equipment, safety considerations; judgement: persistence and personal habits as they affect work in general. | U | NI | ME | EE |
| 4 | DEPENDABILITY/INITIATIVE: Ability to accomplish assignments without close supervision and meet specified deadlines. | U | NI | ME | EE |
| 5 | ATTENDANCE: Plan and request leave usage in advance; number of non medically certified sick days used; patterns of sick usage such as days before/after weekend, holiday or other leave time; adherence to established work hours, return from breaks or lunch, frequency of lateness as it relates to designated starting times. <br> # of Tardiness Occurrences  0    # of Non-Medically Certified Sick Days 0 | U | NI | ME | EE |
| 6 | INTERPERSONAL ABILITIES: Courtesy, tact, self-control, patience, professionalism, and discretion in dealing with fellow employees and the public. | U | NI | ME | **EE** |
| 7 | PERSONAL DISPOSITION: Attitude toward work and supervision. | U | NI | ME | EE |
| | OVERALL PERFORMANCE RATING: Must be consistent with the factor ratings. | U | NI | ME | EE |

*Provide relevant comments in the following space. Use additional sheets if necessary.*

Nick is the point person at Archives and meets expectations in that capacity

Evaluation Completed By
Signature:

Tom Campion
Title: Supervisor

Employee's Signature: [signature]
Date: 12/22/21

DEFENSEB02256