# EXHIBIT L

*Marriage Records*

The Marriage Records Department retains and certifies all records of marriages in Philadelphia County from 1885 to present. For Genealogy purposes, marriage records include parental information from 1915 to present. The department issues two different types of Marriage Records: (Standard) Domestic and (Exemplified) International. Exemplified copies are mainly used for purposes pertaining to dual citizenship. The department also retains all Orphans Court records from 1878 to Present.

*Orphans Court*

The Orphans Court Department maintains the dockets and files of petitions for incapacitated persons, appointment of guardians, adoptions, and any other matters that may come before the Orphans Court Division of the Court of Common Pleas.

*Outreach*

The Outreach Department raises awareness around the services provided by the Register of Wills and Orphans Court. This includes coordinating with Philadelphia local, state and federal officials to educate constituents about creating a will and creating generational wealth via the elimination of tangled titles. The department also manages the organization's social media presence and marketing materials.

*Probate*

The Probate Department administers the estate of someone who has died. This is the process of handling a deceased person's debts and assets, regardless of whether he or she had a will. The team reviews all documents and files related renunciations, oaths of witnesses, and notary verifications. The department is also responsible for generating petitions for probate when there is no attorney of record, to ensure accuracy.

*Short Room*

The Short Room provides services to customers after the probate process is completed. The "Short Certificate" is a document that is issued and used for the third-party handling of an estate to conduct business on behalf of the decedent (e.g. at a financial institution). The term "Short Room" is an internal ROW designation *only* and is derived from the original length of the document, which was ½ of a page (currently a full page).

## SECTION 2 - EMPLOYMENT INFORMATION

### 2.1 At Will Employment

As an employee of the Philadelphia Register of Wills your employment is at-will. This means your employment is for an indefinite period and it is subject to termination by you or the Philadelphia Register of Wills, with or without cause, with or without notice, at any time.

DEFENSEB00711