# EXHIBIT B

2022/01/21



## REPORT OF SEPARATION

City of Philadelphia — Personnel Department

Effective Date: 07-Jan-2022

Type of Separation: SEPARATION - Exempt appointment completed

**Personal Details:**

| Payroll Number : 287998 | SSN: |
|---|---|
| Employee Name : Barone, Nicholas | |
| Home Address: | |
| City, State, Zip: Philadelphia   PA   19145 | |
| Home Phone Number : | Date of Birth : 13-Oct-1994 |

**Assignment Details:**

Assignment Number: 287998-4

| Position Name : R162.01..ROW Register of Wills Div | |
|---|---|
| Department- Division- Unit : ROW Register of Wills | |
| Job Title : R162.Record Clerk 2 | |
| Appointment Held & Time base: Fulltime-Regular | |
| Base Salary: 40000 | |
| Civil Service Designation: Exempt General | Fund Code: General |
| Grade : | Grade Step: |
| Effective Date of Separation : 07-Jan-2022 | |
| Remarks: | |

Effective Date: 07-Jan-2022

Type of Separation: SEPARATION - Exempt appointment completed

**Personal Details:**

| Payroll Number : 287998 | SSN: |
|---|---|
| Employee Name : Barone, Nicholas | |
| Home Address: | |
| City, State, Zip: Philadelphia   PA   19145 | |
| Home Phone Number : | Date of Birth : 13-Oct-1994 |

DEFENSE00012

**Assignment Details:**

Assignment Number: 287998-4

| | |
|---|---|
| **Position Name** : R162.01..ROW Register of Wills Div | |
| **Department- Division- Unit** : ROW Register of Wills | |
| **Job Title** : R162.Record Clerk 2 | |
| **Appointment Held & Time base**: Fulltime-Regular | |
| **Base Salary**: 40000 | |
| **Civil Service Designation**: Exempt General | **Fund Code**: General |
| **Grade** : | **Grade Step**: |
| **Effective Date of Separation** : 07-Jan-2022 | |
| **Remarks**: | |

**Certification of Appointing Authority:**

I certify that the separation reported hereon is according to law, and is in accordance with the provisions of Philadelphia Home Rule Charter and other applicable law, regulation or rule.

DEFENSE00013