# EXHIBIT D

**Personal Details:**

**Date: 01/03/2019**

| | |
|---|---|
| Payroll Number: 287998 | SSN: ▉ |
| Employee Name: Barone, Nicholas | |
| Home Address: ▉ | |
| City, State, Zip: Philadelphia PA 19145 | |
| Home Phone Number: ▉ | Gender: Male |
| Date of Birth: 10/13/1994 | Longevity Date: 06/11/2018 |
| Race: White | Longevity Pay : $.00 |
| I9: Authorized to Work | Marital Status: Single |
| Original Hire Date : 06/20/2016 | Latest Start Date: 06/11/2018 |
| Vacation Earning Date: 06/11/2018 | Benefit Group : 1-Flex employees |

**Date: 01/03/2019**

| | |
|---|---|
| Payroll Number: 287998 | SSN: ▉ |
| Employee Name: Barone, Nicholas | |
| Home Address: ▉ | |
| City, State, Zip: Philadelphia PA 19145 | |
| Home Phone Number: ▉ | Gender: Male |
| Date of Birth: 10/13/1994 | Longevity Date: 10/28/2018 |
| Race: White | Longevity Pay : $.00 |
| I9: Authorized to Work | Marital Status: Single |
| Original Hire Date : 06/20/2016 | Latest Start Date: 06/11/2018 |
| Vacation Earning Date: 10/28/2018 | Benefit Group : 1-Flex employees |

**Date: 01/03/2019**

| | |
|---|---|
| Payroll Number: 287998 | SSN: ▉ |
| Employee Name: Barone, Nicholas | |
| Home Address: ▉ | |
| City, State, Zip: Philadelphia PA 19145 | |
| Home Phone Number: ▉ | Gender: Male |
| Date of Birth: 10/13/1994 | Longevity Date: 06/11/2018 |
| Race: White | Longevity Pay : $.00 |
| I9: Authorized to Work | Marital Status: Single |
| Original Hire Date : 06/20/2016 | Latest Start Date: 06/11/2018 |
| Vacation Earning Date: 06/11/2018 | Benefit Group : 1-Flex employees |

**Date: 01/03/2019**

| | |
|---|---|
| Payroll Number: 287998 | SSN: ▉ |
| Employee Name: Barone, Nicholas | |

| | |
|---|---|
| Home Address: ██████████ | |
| City, State, Zip: Philadelphia PA 19145 | |
| Home Phone Number: ██████████ | Gender: Male |
| Date of Birth: 10/13/1994 | Longevity Date: 10/28/2018 |
| Race: White | Longevity Pay : $.00 |
| I9: Authorized to Work | Marital Status: Single |
| Original Hire Date : 06/20/2016 | Latest Start Date: 06/11/2018 |
| Vacation Earning Date: 10/28/2018 | Benefit Group : 1-Flex employees |

Foreign Lang Code:

## Assignment Details:

Assignment Number: 287998-4

Assignment Status: Active Assignment

Transaction Reason:REINSTATEMENT - Permanent Part Time

| | |
|---|---|
| Assg Start Date: 01/03/2019 | Assg End Date: |
| Department Name: ROW Register of Wills | |
| Position Name: C231.01..ROW Register of Wills Div | |
| Job Title: C231.Clerical Aide 1 - Register Of Wills | |
| Employment Category : Exempt General | Fund: General |
| FLSA Status: Covered | Pay Range: |
| Base Salary: $15.00 | Pay Step: |
| Increment Date: | Compulsory Union Code: Deputy Sheriff/Register of Wills/Fraternal Order of Police |
| Payroll Name: Salary Payroll | Assignment Category: Parttime-Regular |
| Location: City Hall, Room 180 | |

**Emergency Contact:**

DEFENSE00022

\*\*\* No Emergency Details\*\*\*

**Educational Data:**

\*\*\* No Educational Data\*\*\*

**Comments:**

PERMANENT PART-TIME, EFFECTIVE 03-JAN-2019

I accept this appointment subject to the approval of the Appointing Authority, and authorize the Director of Finance to deduct from my salary or wages and pay to the Municipal Retirement System, the regular pension contributions required by law.

_____       _____
Signature of Employee                     Date

**Approval of Appointment Authority**

_____       1/25/19
HR Manager                                      Date

DEFENSE00023