# EXHIBIT E



2000 Market Street, Suite 2300, Philadelphia, PA 19103
(215) 575-2600  Fax (215) 575-0856
Direct Dial:  (215) 575-2780
Email:  jjhatchett@mdwcg.com


September 18, 2024


**VIA EMAIL: Jgoslee@cprlaw.com**
James P. Goslee, Esquire
Two Commerce Square
20001 Market Street, Suite 2900
Philadelphia, PA 19103

        RE:    Barone, Nicholas v. Tracey L. Gordon, et al.
                Case No.: 2-23-cv-02821
                Our File No.: 42325.00116

Dear Counsel,

      Please allow this correspondence to serve as notice that Defendants have provided discovery in response to Plaintiff's Request for Production of documents, the documents are included in Bates range DEFENSEB000062 – 02480. The documents have been uploaded and can be retried using the Titanfile link that you should have received. If you have any issues retrieving the documents, please contact Michele Woods (MLWoods@mdwcg.com). Thank you.

                                                          Very truly yours,

                                                           Jahlee J. Hatchett