# EXHIBIT H-2



**Leave Request Form**

To: HR Department

From: _Nick Barone_

Date: _11/~~XX~~ 30_

I am requesting:

Annual Leave _____    Sick Leave _X_

Vacation Leave _____  Other _____

For the following dates:

_11/29_

Please submit this request to your Supervisor for approval.

Supervisor Approval: _[signature]_    Yes _X_   No _____

Date: _1/3/21_   Remarks: _____

DEFENSEB02257