# EXHIBIT H-3



## Leave Request Form

To: HR Department

From: Nick Bamore

Date: 12/13/21

### I am requesting:

Annual Leave _____       Sick Leave __X__

Vacation Leave _____     Other _____

### For the following dates:

12/9, 12/10

Please submit this request to your Supervisor for approval.

Supervisor Approval: _____   Yes _____ No _____

Date: _____   Remarks: _____

Updated 04-Jun-2021
DEENSEB02481



**Leave Request Form**

To: HR Department

From: _Nick Barone_

Date: _11/~~29~~ 30_

**I am requesting:**

Annual Leave _____      Sick Leave __X__

Vacation Leave _____    Other _____

**For the following dates:**

_11/29_

Please submit this request to your Supervisor for approval.

Supervisor Approval: _[signature]_      Yes __X__ No _____

Date: _4/3/21_      Remarks: _____

DEENSEB02482



**Leave Request Form**

To: HR Department

From: Nick Barone

Date: 11/1/2021

**I am requesting:**

Annual Leave __X__        Sick Leave _____

Vacation Leave _____       Other _____

**For the following dates:**

Nov. 2nd

Please submit this request to your Supervisor for approval.

Supervisor Approval: _____   Yes __X__ No ____

Date: __11/1__        Remarks: _____

DEENSEB02483



## Leave Request Form

To: HR Department

From: Nick Barone

Date: 11/8/21

### I am requesting:

Annual Leave __X__          Sick Leave _____

Vacation Leave _____       Other _____

### For the following dates:

11/8/21

Please submit this request to your Supervisor for approval.

Supervisor Approval: _[signature]_          Yes __X__  No _____

Date: 11/9/21          Remarks: _____

DEENSEB02484



**Leave Request Form**

To: HR Department

From: Nick Basone
Date: 8/23/21

I am requesting:

Annual Leave __X__                Sick Leave _____

Vacation Leave _____              Other _____

For the following dates:

8/26/21

Please submit this request to your Supervisor for approval.

Supervisor Approval: _____        Yes __X__  No _____

Date: 8/23/21        Remarks: _____

DEENSEB02485





# Leave Request Form

To: Register of Wills – Tracey Gordon, Deputy Human Resources – Charmaine Collins

From: __Nick Barone__

Date: __5/19/21__

## I am requesting:

Annual Leave _____          Sick Leave _____

Vacation Leave __X__               Other _____

## For the following dates:

__June 11th, 14th, 15th__

Please submit this request to your supervisor for approval.

Supervisor Approval: _____     Yes _____ No _____

Remarks : _____

Updated 22-Feb-2021

DEENSEB02486





# Leave Request Form

To: Register of Wills – Tracey Gordon, Deputy Human Resources – Charmaine Collins

From: Nick Barone
Date: 5/19/21

## I am requesting:

Annual Leave _____          Sick Leave _____
Vacation Leave __X__              Other _____

## For the following dates:

June 11th, 14th, 15th

Please submit this request to your supervisor for approval.

Supervisor Approval: _____        Yes _____  No _____

Remarks: _____

Updated 22-Feb-2021

DEENSEB02487





## Leave Request Form

To: Register of Wills – Tracey Gordon, Deputy Human Resources – Charmaine Collins

From: Nick Barone

Date: 5/14

### I am requesting:

Annual Leave __X__   Sick Leave _____

Vacation Leave _____   Other _____

### For the following dates:

5/18/21

Please submit this request to your supervisor for approval.

Supervisor Approval: _[signature]_   Yes __X__   No _____

Remarks: _____

Updated 22-Feb-2021

DEENSEB02488



# Leave Request Form

To: Register of Wills – Tracey Gordon, Deputy Human Resources – Charmaine Collins

From: Nick Barone

Date: 5/11

### I am requesting:

Annual Leave _____      Sick Leave __X__

Vacation Leave _____    Other _____

### For the following dates:

5/10

Please submit this request to your supervisor for approval.

Supervisor Approval: _[signature]_     Yes _X_   No _____

Remarks: _____

Updated 22-Feb-2021

DEENSEB02489

## LEAVE REQUEST FORM

TO:    REGISTER OF WILLS: TRACEY GORDON
         DEPUTY HUMAN RESOURCES: CHARMAINE COLLINS

FROM: Nick Barone
DATE: 4/15/21

I AM REQUESTING:
ANNUAL LEAVE __X__    VACATION LEAVE ____    COMPENSATORY ____
SICK CERTIFIED ____    ANNUAL LEAVE ____

FOR THE FOLLOWING DATE(S):

4/23

Please submit your request to your Supervisor.

Supervisor: [signed]

7.5 hours full day

YES __X__    NO ____

Remarks _____

DEENSEB02490