# EXHIBIT I

# Hatchett, Jahlee J.

| | |
|---|---|
| **From:** | Hatchett, Jahlee J. |
| **Sent:** | Thursday, January 2, 2025 10:06 AM |
| **To:** | Matt Capacete |
| **Cc:** | Dan Savage (dsavage@savage-law.com); Charles Albright; James Goslee; Charles Albright |
| **Subject:** | Barone, Nicholas v. City of Phila. |
| **Attachments:** | DEFENSE02491(166065976.1).pdf |

Please the attached. Thank you.



**Jahlee J. Hatchett**
*Attorney at Law*
2000 Market Street, Suite 2300, Philadelphia, PA 19103
Direct: (215) 575-2780 | Main: (215) 575-2600 | Fax: (215) 575-0856
bio | e-mail | website

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to JJHatchett@MDWCG.com, or by telephone at (215) 575-2780 and then delete the message and its attachments from your computer.