# EXHIBIT J

Page 70

1  Q.  Were they maintained as far as you know,
2  like in a bigger file.  Did they go in
3  individual's files?
4  A.  I don't believe I moved them to individual
5  files.  I just kept them all together in a folder,
6  labeled archives time sheets.
7  Q.  Do you know whether -- this is going to be
8  weird language.  But do you know whether they were
9  archived -- not like in the sense of archives.
10 But like archived within The City at all?
11 A.  No, they weren't.
12 Q.  Okay.  Do you remember them just being
13 disposed of, anything like that?
14 A.  I did not dispose of them prior to my
15 departure.  So they would have been floating --
16 they would have been in my office.  I didn't move
17 or pack up files before I left, because they were
18 not specific.
19     You know, each time sheet had all of the
20 employees listed in order to file them.  We would
21 have had to create a copy for each person's file.
22 And I just never got around to it.  So I just kept
23 them all in that folder.
24 Q.  Do you remember seeing anything about Nick

Page 71

1  Barone's attendance that sits out to you?
2  A.  No.
3  Q.  You mentioned that this was made because
4  of sort of the arrival times and there were some
5  mix-ups at archives.  Is that a fair summary?
6  A.  Generally speaking, there were just
7  operational concerns with archives.  So there were
8  like -- that was the larger issue that we were
9  trying to address.
10     There were issues with the flow of
11 physical files from archives to City Hall, and
12 from City Hall, back to archives.  That whole
13 process was in question and needed to be reviewed
14 and revamped or refined.
15     So as a part of that, when there were
16 complaints, or concerns arose regarding the timing
17 for file delivery and stuff, that's how that came
18 up.  The wait a minute.  They are not even there.
19 Or you know, like so that was a part of the larger
20 issue.
21 Q.  The operational concerns, were any of
22 those specifically related to Nick Barone?
23 A.  No.
24 Q.  Do you remember whether he had any issues

Page 72

1  with bringing files to City Hall or taking them
2  from City Hall?
3  A.  Honestly, of the four or five employees on
4  the team, Nick was probably the most consistent of
5  that group.  So there weren't concerns specific to
6  him.
7  Q.  We talked earlier about the asking people
8  for contributions to Ms. Gordon's campaign and
9  that sort of stuff.  Do you remember us talking
10 about that?
11 A.  Yes.
12 Q.  Do you remember any discussion about
13 Nick's participation or lack of participation in
14 that?
15 A.  Yes.  Vaguely.
16 Q.  What do you remember about that?
17 A.  That he didn't contribute.
18 Q.  Who told you that?
19 A.  I don't remember.
20 Q.  Do you remember who it was discussed with
21 and in what context it was discussed?
22 A.  No.  I don't want to speculate.  I just
23 know that -- I don't want to speculate.  I don't
24 remember.

Page 73

1  Q.  Let me see if I can ask you some
2  questions.  Was Nick's name brought up in the
3  broader conversation about who didn't contribute?
4  A.  Not to me directly.  Indirectly, I know
5  that I heard mention of him being one of the
6  people that didn't contribute as well as another
7  employee in archives and, you know, a few other
8  people.
9      So it was indirect.  It was a small
10 office.  So there was always a ton of
11 conversation.  So indirectly, I did hear mention
12 of it.  I didn't know whether or not it was true.
13 Q.  And you don't remember who you heard
14 mention of it from?
15 A.  No.
16 Q.  Do you remember where you heard mention of
17 it?
18 A.  No.
19 Q.  Were you in the office?
20 A.  Yes.
21 Q.  And was that around November, December of
22 2021?
23 A.  I don't remember.  I don't remember.
24 Q.  So Nick was fired January 7th, 2022.  And