# EXHIBIT K

Page 14

1 like a central location, electronically, where
2 these are electronically kept?
3     A. Not that I'm aware of.
4     Q. Do you remember a time when there were
5 daily sign-in sheets implemented at the archives
6 department?
7     A. Yes.
8     Q. Do you remember about when that was?
9     A. It's always daily time sheets.
10    Q. Do you remember when those time sheets
11 began?
12    A. Since I have been at The Register Of
13 Wills.
14          MR. CAPACETE: I'm going to show
15       you -- I'll mark this as P-2.
16              - - -
17          (Whereupon, P-2 was marked for
18 identification.)
19              - - -
20 BY MR. CAPACETE:
21    Q. And I guess before I show you this, do you
22 maintain those sheets at The Register Of Wills
23 office, the sign-in sheets?
24    A. Yes.

Page 15

1     Q. Where are they maintained? Meaning, where
2 are they kept at The Register Of Wills office?
3     A. After two years, go to archives.
4     Q. The archives department of The Register Of
5 Wills office?
6     A. Yes.
7     Q. And do you still have access to those
8 sorts of documents?
9     A. Yes.
10    Q. Charmaine Collins testified something to
11 the effect of there is a green folder, where these
12 archives daily sign-in sheets were kept. Do you
13 have any understanding of what the green folder
14 she was referring to is?
15          MR. HATCHETT: Objection to the
16       form of the question. Ms. Roseboro, you
17       can answer. If I object, assume that you
18       can answer the question, unless I instruct
19       you not to.
20          THE WITNESS: Yes.
21 BY MR. CAPACETE:
22    Q. Do you want me to repeat my question?
23    A. Sure.
24    Q. Ms. Collins testified there was some green

Page 16

1 folder that was maintained in her office, that
2 contained the archives daily sign-in sheets that
3 she had kept. Do you know whether that still
4 exists or where it may be?
5     A. No, I do not.
6     Q. Is that in your office at this time?
7     A. No. She was in a different office.
8     Q. So I'm sorry. I know you may have just
9 said this. You don't know where that folder would
10 be currently?
11    A. No.
12    Q. Okay. So this is a document from November
13 21st, 2021. You are not copied on this e-mail. I
14 just want to see if this sort of refreshes your
15 recollection, okay? This is an e-mail from
16 Charmaine Collins to Tom Campion. Do you know who
17 Tom Campion is?
18    A. Yes.
19    Q. Who is he?
20    A. A former employee.
21    Q. Was he within the archives department?
22    A. Yes.
23    Q. Do you remember being involved in the
24 decision to implement archives daily sign-in

Page 17

1 sheets around November 2021?
2     A. No, I do not.
3     Q. Do you remember ever learning that they
4 were going to begin using daily sign-in sheets at
5 the archives department?
6     A. I heard.
7     Q. What did you hear?
8     A. That some sheets was going, but I'm not
9 sure what it was.
10    Q. Did anyone ask you for input? Did you --
11 did they tell you why they were implementing
12 these? What do you remember about that?
13    A. I want to say this was a second set of
14 time sheets versus our regular daily time sheets
15 we had, because I think they was having issues or
16 something in there with archives.
17       I wasn't involved in the decision. But
18 I'm assuming that the green folder she is talking
19 about or something she was taking care of
20 personally, because I didn't have anything to do
21 with it.
22    Q. Okay. So you don't have any knowledge or
23 memory of the implementation of these sign-in
24 sheets?

Page 46

```
 1                  - - -
 2              EXAMINATION
 3                  - - -
 4  BY MR. HATCHETT:
 5      Q.  Ms. Roseboro, I have a very limited amount
 6  of questions about a limited topic.  I just want
 7  to go back to your prior questions and answers,
 8  concerning a green folder with sign-in sheets; do
 9  you recall that line of questioning earlier?
10      A.  Yes.
11      Q.  Do you recall whether or not you had an
12  opportunity to look for any green folders, the
13  sign-in sheets, related to archived employees?
14      A.  Yes.
15      Q.  Do you recall about how long ago you would
16  have looked for that folder?
17      A.  Approximately a couple of weeks ago.
18      Q.  Okay.  Anytime prior to a few weeks ago,
19  would you have had any reason to look for that
20  folder?
21      A.  No.
22      Q.  Would that folder -- or as you being the
23  deputy of HR, with that being a folder that was
24  maintained by Charmaine Collins, would you have
```

Page 47

```
 1  had any reason to look for that folder or be in
 2  possession of that folder?
 3      A.  No.
 4      Q.  What were the results of your search for
 5  the folder?
 6      A.  Unable to locate the folder.
 7      Q.  Okay.  And could you just briefly describe
 8  what your efforts included in terms of trying to
 9  locate the folder?
10      A.  I called down the archives and asked them
11  to ship the boxes up for that year and I started
12  looking.
13      Q.  Okay.  Were they able to ship any boxes
14  up?
15      A.  Yes.
16      Q.  About how many?
17      A.  It was two.
18      Q.  Okay.  Did -- and I'm guessing your
19  results were negative?
20      A.  That's correct.
21      Q.  Is there any other location that you
22  think any green folder maintained by Charmaine
23  Collins could possibly be?
24      A.  No.
```

Page 48

```
 1      Q.  At this time have you exhausted all
 2  efforts to locate that green folder?
 3      A.  Yes.
 4          MR. HATCHETT:  I don't have any
 5      other questions.
 6          MR. CAPACETE:  I do have a couple
 7      of follow-ups.
 8                  - - -
 9              EXAMINATION
10                  - - -
11  BY MR. CAPACETE:
12      Q.  What were in the two boxes that were
13  shipped up?
14      A.  The daily times sheets, lead request
15  forms.
16      Q.  Anything else?
17      A.  That's it.
18      Q.  Were any of those related to Nick Barone?
19      A.  Yes.
20      Q.  What do you remember being related to Nick
21  Barone in those?
22      A.  Probably lead requests, like for that
23  year, during that course of the year, the days
24  they would ask -- request off, he would put a form
```

Page 49

```
 1  in.
 2      Q.  And do you still have those forms?
 3      A.  Yes.
 4      Q.  Okay.  I'll follow up with Jahlee, but
 5  I'll request --
 6          MR. HATCHETT:  I'm sorry.  I
 7      didn't mean to interrupt you.
 8          MR. CAPACETE:  That's okay.
 9          MR. HATCHETT:  I was just going to
10      ask Ms. Roseboro right here.
11                  - - -
12              EXAMINATION
13                  - - -
14  BY MR. HATCHETT:
15      Q.  Has anything regarding Mr. Barone that you
16  have recovered from those boxes, have you turned
17  that over to my office, or are they -- you haven't
18  turned them over yet?
19      A.  No.
20          MR. HATCHETT:  Okay.
```