### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NICHOLAS BARONE,** | : | **CIVIL ACTION** |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 2:23-cv-02821 |
| | : | |
| **CITY OF PHILADELPHIA, <u>ET</u> <u>AL.</u>,** | : | |
| | : | |
| *Defendants.* | : | |
| | : | |

## <u>ORDER</u>

**AND NOW,** this 4th day of September, 2025, upon consideration of Plaintiff's Motion for Sanctions (ECF No. 47), Defendants' Response in Opposition (ECF No. 48), and after a discovery conference it is hereby **ORDERED** that:

1. Within twenty (20) days of the date of this Order, Defendants shall produce any and all documents and information involving Plaintiff's pension, including but not limited to information regarding the value of Plaintiff's account at the time of termination. This information shall be produced regardless of whether it is in the possession of Defendants, the Philadelphia Board of Pensions, any department, agency, or allfilate of the City of Philadelphia, or any other entity that Defendants are aware has this information.

2. Upon receipt of the information described above, Plaintiff may depose those witnesses disclosed in Defendants' February 10, 2025 correspondence.

3. A trial date shall be set by the newly assigned Judge.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

1