# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS BARONE, *Plaintiff,* v. TRACEY L. GORDON, et al., *Defendants.* | CIVIL ACTION NO. 23-2821 |

## ORDER

**AND NOW**, this 9th day of December 2025, it is hereby **ORDERED** that the Motion for Sanctions, (Dkt. No. 47), is **DENIED as moot** for the reasons discussed in today's on the record telephone conference with counsel, (Dkt. No. 54).

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.