IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS BARONE,<br>    Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 23-2821 |
| | : | |
| TRACEY L. GORDON, *et al.*,<br>    Defendants. | : | |
| | : | |

**O R D E R**

**AND NOW**, this 10th day of December, 2025, it is hereby **ORDERED** that an in-person Mediation Conference shall be held on **Wednesday, January 7, 2026 at 1:30 p.m.** in Room 14614 in the James A. Byrne U.S. Courthouse, 601 Market St., Philadelphia, PA 19106.  **Plaintiff and Defendant, or, in the case of the City of Philadelphia, a representative with full authority to settle the case, and any insurance representative must attend.**  Defendant Tracey L. Gordon is excused from attending the Conference.  **Lead Counsel for all Parties shall attend and shall be prepared to discuss scheduling and settlement in this matter.**

It is **FURTHER ORDERED** that a five-page *ex parte* mediation memo should be sent to chambers by email to Chambers_of_Judge_Paul_S_Diamond@paed.uscourts.gov **on or before Friday, January 2, 2026 at 3 p.m.**

                                                         **AND IT IS SO ORDERED.**

                                                      */s/ Paul S. Diamond*
                                                      _____
                                                      **PAUL S. DIAMOND, J.**