# EXHIBIT A

# DECLARATION

I, Patrick Parkinson, make the following statements

1. I am an adult individual. I make these statements to the best of my knowledge and recollection. I make this Declaration under penalty of perjury under the laws of the United States of America.

2. I began employment with the City of Philadelphia Register of Wills Office on January 4, 2016. The Register of Wills at that time was Ronald Donatucci.

3. During my employment when Ronald Donatucci was the Register of Wills, it was encouraged throughout the Register of Wills Office that employees should donate or contribute to Mr. Donatucci's annual fundraiser that took place on the Spirit of Philadelphia. It was also known that an employee would be disfavored if they did not contribute to this fundraiser.

4. On January 9, 2020, Tracey Gordon became the new Register of Wills.

5. Throughout my employment with the Register of Wills under the management of Tracey Gordon, I was continually pressured to make political contributions to Ms. Gordon's numerous fundraisers for her political action committee ("PAC"). I was badgered to contribute to Ms. Gordon's PAC during work hours and off work hours. It was common knowledge within the Register of Wills Office that we were required by Ms. Gordon to support and contribute to Ms. Gordon's campaign. I felt that if I did not support and contribute to Ms. Gordon's PAC and re-election campaign that I would be terminated from my job. Ms. Gordon consistently retaliated against employees who refused to donate to her fundraisers and/or PAC. She expressed extreme anger when employees did not donate to her PAC.

6. In January of 2022, I became aware that Ms. Gordon fired Nicholas Barone for his refusal to contribute to her PAC. After Mr. Barone's termination on January 7, 2022, I had subsequent conversations with Ms. Gordon's staff including Keith Harris, who informed me that Mr. Barone was terminated because he refused to contribute to her PAC.

BARONE 318

7. Specifically, Nicholas Barone refused to contribute to a fundraiser she held in November 2021. Ms. Gordon was furious. She consistently would express that she gave Mr. Barone full-time employment and benefits, and she felt that Mr. Barone should reciprocate by donating to her PAC. After being urged multiple times to contribute to Ms. Gordon's PAC and Mr. Barone strongly refusing to donate, Ms. Gordon terminated Mr. Barone.

8. Mr. Barone should have never been terminated from his employment with the City of Philadelphia. He was an asset to the City and the Register of Wills.

9. During his three years of employment as a Records Clerk for the Register of Wills, Mr. Barone received consistent positive performance reviews both verbally and formally in writing. He never had a disciplinary action or formal reprimand brought against him. He was an exemplary worker with a great work ethic. As an Administrative Deputy who oversaw Mr. Barone, I personally recommended that Mr. Barone be promoted from part-time to a full-time employee. Ms. Gordon agreed and promoted Mr. Barone to a full-time position.

10. After Mr. Barone became a full-time employee, he continued to excel at his job. Therefore, I recommended that Mr. Barone be promoted again to a supervisory position.

11. Several times, I reluctantly contributed $50.00 (fifty dollars) in cash to Ms. Gordon's fundraisers after being asked to do so. I did not want to do so, but did so out of fear of being fired if I did not.

12. In March of 2022, I refused to contribute/donate to Ms. Gordon's PAC. Specifically, Keisha Trawick, treasurer of Ms. Gordon's PAC and a fellow employee of mine at the Register Wills Office, requested that I contribute to an upcoming political fundraiser for Ms. Gordon. I told Ms. Trawick I was not contributing this time and that I already contributed several times in the past. Ms. Trawick responded by saying, "well that's a mistake!"

13. It was my personal experience that Ms. Gordon was extremely retaliatory, focused on maintaining power, unethical and lacked any appropriate regard for employee morale.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 12/2/2024

*DocuSigned by:*
Patrick Parkinson