EXHIBIT A

Philly official lets daughter sell Eagles T-shirts from City Hall office    10/24/24, 5:34 PM

# The Philadelphia Inquirer


Support local news

🔍    NEWS    SPORTS    BUSINESS    OPINION    POLITICS    ENTERTAINMENT    LIFE    FOOD    HEALTH    REAL ESTATE

ADVERTISEMENT

## CLOUT

# Philadelphia's Register of Wills let her daughter sell Eagles T-shirts from her City Hall office

There are plenty of places to buy Philadelphia Eagles gear ahead of Sunday's Super Bowl. The Register of Wills office in City Hall is not supposed to be one of them.

ADVERTISEMENT



Philadelphia Register of Wills Tracey Gordon after winning the 2019 Democratic primary.
DAVID MAIALETTI / Staff Photographer

BARONE000315

https://www.inquirer.com/politics/clout/register-of-wills-tracey-gordon-city-hall-eagles-tshirts-20230210.html

by Chris Brennan
Published Feb. 10, 2023, 2:19 p.m. ET

How much Philadelphia Eagles exuberance is too much?

Turning a City Hall conference room into a makeshift T-shirt shop: That's too much.

But that's what **Tracey Gordon**, the city's Register of Wills, did at lunchtime Friday, turning over her public office to her daughter, **Jai Gordon**, who runs the company Gymratz Athletics.

Employees at the Register of Wills office received an email just before 10 a.m. Friday from the office's human resources coordinator, urging them to "stop by the conference room at 12:00 p.m. to check out some Philadelphia Eagles gear and of course because it's 'Black History Month' there will be some African American collectables on sale."

ADVERTISEMENT

A flier left at every employee's desk advertised "Super Bowl Apparel," including $18 T-shirts, $25 sweatshirts, $30 hoodies, and $12 T-shirts for children.

It included a photo of a man wearing an "It's a Philly thing" T-shirt with an Eagles logo.

Gordon, a Democrat seeking a second term this year, declined to be interviewed about turning over space in a public building to her daughter's private company.

**Malik Boyd**, Gordon's director of communications, confirmed that the event happened Friday. In a statement, Boyd said the email to employees "was sent in error."

"Individuals in the office who requested sporting items supporting the Philadelphia Eagles from a private business were encouraged to pick them up during their lunch break," Boyd wrote. "This message was

BARONE000316

Philly official lets daughter sell Eagles T-shirts from city hall office                                        10/24/24, 5:34 PM

misinterpreted and communicated throughout the office-wide
communication by an exuberant employee. This has been addressed
internally."

ADVERTISEMENT

## ABOUT US

About The Inquirer
Diversity & Inclusion
Advertise
Contact Us
Licensing & Permissions
Photo Reprints
Newspapers in Education
Jobs & Internships
Inquirer Events
Acel Moore Workshops
Newsroom Staff
Help and Feedback

## NEWS & INFO

News
Sports
Entertainment
Business
Health
Food
Life
Opinion
Philly First
Archives
Special Reports
Site Map

## MARKETPLACE

Inquirer Store
Job Listings
All Classifieds
Death Notices
Legal Notices
Gift Subscriptions

## E-EDITIONS

The Inquirer
The Daily News
Subscriber Services

## MOBILE APPS

Apple iOS
Google Android

© 2024 The Philadelphia Inquirer, LLC

Terms of Use  /  Privacy Policy  /  Cancellation Policy  /  California Notice  /  California residents do not sell
my data request

BARONE000317