**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NICHOLAS BARONE, | : | CIVIL ACTION |
| vs. | : | NO. 23-2821 |
| TRACEY L GORDON, et al. | : | |

**ORDER**

      **AND NOW, TO WIT:** This 10th day of February, 2026, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

      **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

      **GEORGE WYLESOL**, Clerk of Court

      **BY:** */s/ Katie Rolon*
          Katie Rolon, Deputy Clerk
          To the Honorable Gerald J. Pappert

Copies E-Mailed on 2/10/26 to:
  Matthew Alexander Capacete, Esq.
  Daniel J. Savage, Esq.
  James P. Goslee, Esq.
  John P. Gonzales, Esq.
  Jahlee Hatchett, Esq

Civ 2 (7/83)

41.1(b)