IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS BARONE,<br><br>*Plaintiff,*<br><br>v.<br><br>TRACEY L. GORDON, et al.,<br><br>*Defendants.* | CIVIL ACTION<br><br>NO. 23-2821 |

### ORDER

**AND NOW**, this 9th day of February 2026, Count III of the Amended Complaint, (Dkt. No. 18), is voluntarily **DISMISSED with prejudice** under Federal Rule of Civil Procedure 41(a) for the reasons stated by Plaintiff's counsel on the record this morning.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.